UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21941-CIV-COOKE/McAliley

ROBERTO TAZOE, a Florida resident, as Personal Representative of the Estate of RICARDO TAZOE, deceased,

*Consolidated for purposes of discovery only*

Plaintiff,

vs.

TAM LINHAS AEREAS, a foreign corporation; AIRBUS S.A.S., a foreign corporation; AIRBUS INDUSTRIE G.I.E., a foreign corporation; AIRBUS NORTH AMERICA CUSTOMER SERVICES, INC., a foreign corporation; GOODRICH CORP., a foreign corporation; INTERNATIONAL AERO ENGINES AG, a foreign corporation; and PEGASUS AVIATION IV, INC., a foreign corporation,

Defendants.

_____/

**PLAINTIFFS' RESPONSE TO MOTION OF DEFENDANT TAM LINHAS AEREAS, S.A. TO CONTINUE DISCOVERY DEADLINES, AND FOR A DISCOVERY SCHEDULING CONFERENCE ON JOINT STATUS REPORT [DE 222]**

Plaintiffs agree that an extension of the discovery deadline is necessary. Although discovery has technically been open for quite some time, it has only recently begun in earnest because of Airbus S.A.S.'s refusal to accept service and delays in properly responding to discovery. The problems with Airbus S.A.S.'s document production are set forth in TAM's Motion and are the subject of Plaintiffs' Motion to Compel Production of Documents by Defendants Airbus SAS and ANACS [DE 224].

We have also had difficulties getting the depositions of Airbus S.A.S. employees completed. Thus far, we have been able to coordinate two trips to Paris for these depositions, but have not

completed a single deosition.  The Parties had scheduled two depositions for each of those trips.  On both of those trips, Yannick Malinge was offered as Airbus S.A.S.'s 30(b)(6) witness.  Both times, he was uncooperative and both times Airbus S.A.S.'s counsel terminated the deposition before it could be completed.  The Parties were unable to reach the second witness on either trip.[1]

The Joint Scheduling Report filed in this case shows the necessity of extending the deadlines.  The proposed schedule is unrealistic.  Airbus S.A.S. has offered numerous witnesses at the same time that other depositions are going forward.  It has also offered witnesses on weekends and holidays.  These depositions are in addition to the damage depositions that are occurring on an almost daily basis in Miami.  These damage depositions are occurring sometimes two at a time themselves.  While Plaintiffs have not let these damage depositions hold up the liability discovery, Plaintiffs' counsel can only be in so many places at once.

Accordingly, it makes sense to discuss a reasonable extension of discovery deadlines.  Plaintiffs, however, do not want too long of an extension, as they would like their claims to be heard as expeditiously as justice will allow.

Respectfully submitted,

Ricardo M. Martinez-Cid
Steven C. Marks (FBN 516414)
smarks@podhurst.com
Ricardo M. Martínez-Cid (FBN 383988)
rmcid@podhurst.com
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800; Fax: (305) 358-2382
Attorneys for *Tazoe*Plaintiff

---

[1] Plaintiffs intend to file the deposition transcripts with the Court.  Airbus S.A.S., however, has designated the entire transcripts as confidential.  Plaintiffs will try to reach an agreement with Airbus, S.A.S. limiting their designation in an effort to avoid having to file them under seal.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   Ricardo M. Martinez-Cid
Ricardo M. Martínez-Cid

***Roberto Tazoe, et al. v. Airbus S.A.S.***
**Case No. 07-21941-CIV-COOKE/McALILEY**
**Consolidated for Purposes of Discovery Only**

**SERVICE LIST**

| | |
|---|---|
| Richard M. Dunn, Esq.<br>Email: rdunn@cozen.com<br>Cozen O'Connor<br>200 S. Biscayne Boulevard, Suite 4410<br>Miami, FL 33131-2303<br>Telephone: (305) 704-5940<br>Fax: (305) 704-5955<br>*Attorneys for Defendant International Aero Engines AG*<br>Served Via CM/ECF | Thomas E. Scott, Jr., Esq.<br>Email: thomas.scott@csklegal.com<br>Cole, Scott & Kissane, P.A.<br>9150 So. Dadeland Boulevard, Suite 1400<br>Miami, FL 33156<br>Telephone: (305) 350-5300<br>Fax: (305) 373-2294<br>*Attorneys for Defendant Goodrich*<br>Served Via CM/ECF |
| Lyndall M. Lambert, Esq.<br>Email: lyndall.lambert@hklaw.com<br>Holland & Knight LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>Telephone: (305) 789-7767<br>Fax: (305) 789-7799<br>*Attorneys for Defendant Pegasus*<br>Served Via CM/ECF | Christopher E. Knight, Esq.<br>Email: cknight@fowler-white.com<br>Fowler White Burnett, P.A.<br>1395 Brickell Avenue, Suite 14<br>Miami, FL 33131-3300<br>Telephone: (305) 789-9200<br>Fax: (305) 789-9201<br>*Attorneys for Defendant TAM Linhas Aereas*<br>Served Via CM/ECF |
| Alvin F. Lindsay, III, Esq.<br>Email: aflindsay@hhlaw.com<br>Hogan & Hartson, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131-33125<br>Telephone: (305) 459-6633<br>Fax: (305) 459-6550<br>*Attorneys for Defendant Airbus North America Customer Services, Inc.*<br>Served Via CM/ECF | John J. Uustal, Esq.<br>Email: johnuustal@justiceforall.com<br>Kelley Uustal, PLC<br>700 SE Third Avenue, Suite 200<br>Ft. Lauderdale, FL 33316<br>Telephone: (954) 522-6601<br>Fax: (954) 522-5667<br>*Attorneys for Camargo Plaintiffs*<br>Served Via CM/ECF |

4

| | |
|---|---|
| Mary Schiavo, Esq.<br>Email: mschiavo@motleyrice.com<br>Donald A. Migliori, Esq.<br>Email: dmigliori@motleyrice.com<br>John Duane, Esq.<br>Email: jduane@motleyrice.com<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 216-9161<br>Fax: (843) 216-9440<br>*Attorneys for Camargo Plaintiffs*<br>Served Via CM/ECF | Thad T. Dameris, Esq.<br>Email: tdameris@hhlaw.com<br>Bruce D. Oakley, Esq.<br>Email: bdoakley@hhlaw.com<br>Christopher M. Odell, Esq.<br>Email: cmodell@hhlaw.com<br>Trevor R. Jefferies, Esq.<br>Email: trjefferies@hhlaw.com<br>Hogan & Hartson LLP<br>711 Louisiana Street, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 623-1400<br>Fax: (713) 623-1401<br>*Attorneys for Defendant Airbus North America*<br>*Customer Services, Inc. and Airbus S.A.S.*<br>Served Via CM/ECF |