UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-21941-CIV-COOKE/McAliley

| ROBERTO TAZOE, a Florida resident, as Personal Representative of the Estate of RICARDO TAZOE, deceased, | *Consolidated for purposes of discovery only* |
|---|---|

Plaintiff,

vs.

TAM LINHAS AEREAS, et al.,

Defendants.
_____/

**PLAINTIFFS' NOTICE OF TAKING VIDEOTAPED DEPOSITION**

TO: Defendant, International Aero Engines AG, by and through its attorneys of record, Richard M. Dunn, Esq., Cozen O'Connor, 200 S. Biscayne Boulevard, Suite 4410, Miami, FL 33131-2303

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination, to be recorded by stenographic means and by videotape, of

| **Deponent** | **Date** | **Location** |
|---|---|---|
| Paul Vincent | Tuesday, June 16, 2009, at 10:00 a.m. | Offices of Hogan & Hartson LLP, Potsdamer Platz 1 10785 Berlin, Germany +49 30 726115-0 |

upon oral examination before **European Deposition Management,** or any other officer authorized by law to take depositions. The videographer will be provided by European Deposition Management. The oral examination will continue from day to day until completed. This deposition

is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court.

          Respectfully submitted,

          s/ Ricardo M. Martinez-Cid
          Steven C. Marks, (FBN 516414)
          smarks@podhurst.com
          Ricardo M. Martínez-Cid (FBN 383988)
          rmcid@podhurst.com
          **PODHURST ORSECK, P.A.**
          25 West Flagler Street, Suite 800
          Miami, FL 33130
          Telephone: (305) 358-2800
          Fax: (305) 358-2382
          Attorneys for *Tazoe*Plaintiff

Court Reporter:

Stephen Faigenbaum
European Deposition Management
Telephone: 011 331 44 87 04 56

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        s/ Ricardo M. Martinez-Cid
                                                        Ricardo M. Martínez-Cid

*Roberto Tazoe, et al. v. Airbus S.A.S.*
Case No. 08-61391-CIV-COOKE/MCALILEY
Consolidated for Purposes of Discovery Only

**SERVICE LIST**

| | |
|---|---|
| Richard M. Dunn, Esq.<br>Email: rdunn@cozen.com<br>Cozen O'Connor<br>200 S. Biscayne Boulevard, Suite 4410<br>Miami, FL 33131-2303<br>Telephone: (305) 704-5940<br>Fax: (305) 704-5955<br>*Attorneys for Defendant International Aero Engines AG*<br>Served Via CM/ECF | Thomas E. Scott, Jr., Esq.<br>Email: thomas.scott@csklegal.com<br>Cole, Scott & Kissane, P.A.<br>1390 Brickell Avenue, Third Floor<br>Miami, FL 33131-3324<br>Telephone: (305) 350-5300<br>Fax: (305) 373-2294<br>*Attorneys for Defendant Goodrich*<br>Served Via CM/ECF |
| Lyndall M. Lambert, Esq.<br>Email: lyndall.lambert@hklaw.com<br>Holland & Knight LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>Telephone: (305) 789-7767<br>Fax: (305) 789-7799<br>*Attorneys for Defendant Pegasus*<br>Served Via CM/ECF | Christopher E. Knight, Esq.<br>Email: cknight@fowler-white.com<br>Fowler White Burnett, P.A.<br>1395 Brickell Avenue, Suite 14<br>Miami, FL 33131-3300<br>Telephone: (305) 789-9200<br>Fax: (305) 789-9201<br>*Attorneys for Defendant TAM Linhas Aereas*<br>Served Via CM/ECF |
| Alvin F. Lindsay, III, Esq.<br>Email: aflindsay@hhlaw.com<br>Hogan & Hartson, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131-33125<br>Telephone: (305) 459-6633<br>Fax: (305) 459-6550<br>*Attorneys for Defendant Airbus North America Customer Services, Inc.*<br>Served Via CM/ECF | John J. Uustal, Esq.<br>Email: johnuustal@justiceforall.com<br>Kelley Uustal, PLC<br>700 SE Third Avenue, Suite 200<br>Ft. Lauderdale, FL 33316<br>Telephone: (954) 522-6601<br>Fax: (954) 522-5667<br>*Attorneys for Camargo Plaintiffs*<br>Served Via CM/ECF |

| | |
|---|---|
| Mary Schiavo, Esq.<br>Email: mschiavo@motleyrice.com<br>Donald A. Migliori, Esq.<br>Email: dmigliori@motleyrice.com<br>John Duane, Esq.<br>Email: jduane@motleyrice.com<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 216-9161<br>Fax: (843) 216-9440<br>*Attorneys for Camargo Plaintiffs*<br>Served Via CM/ECF | Thad T. Dameris, Esq.<br>Email: tdameris@hhlaw.com<br>Bruce D. Oakley, Esq.<br>Email: bdoakley@hhlaw.com<br>Christopher M. Odell, Esq.<br>Email: cmodell@hhlaw.com<br>Trevor R. Jefferies, Esq.<br>Email: trjefferies@hhlaw.com<br>Hogan & Hartson LLP<br>711 Louisiana Street, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 623-1400<br>Fax: (713) 623-1401<br>*Attorneys for Defendant Airbus North America Customer Services, Inc. and Airbus S.A.S.*<br>Served Via CM/ECF |