UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21941-CIV-COOKE/MCALILEY

**ROBERTO TAZOE,**
as Personal Representative of the Estate
of RICARDO TAZOE, Deceased,

    *Plaintiff*,

v.

**TAM LINHAS AEREAS,** *et al.*,

    *Defendants*.
_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court upon Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Dismiss on the Grounds of *Forum Non Conveniens* [DE 98]. The Court heard argument on the Motion on June 8, 2009. This Order memorializes that hearing, sets a briefing schedule for the FNC motion, and denies Plaintiffs' Motion for Extension of Time.

The presently scheduled depositions discussed at the hearing will continue as scheduled. Defendants' shall file, on or before June 29, 2009, any supplemental briefs in regard to the FNC motion. Specifically, the Court is aware that the service disputes referenced in the original FNC motion are no longer at issue, and that over four months of discovery have taken place since the original motion was filing, likely leading to more detailed information pertinent to the relevant FNC factors. Plaintiffs' shall file a response to Defendants' FNC motion on or before July 16, 2009. Defendants' shall file a reply on or before July 27, 2009. The parties are *highly* encouraged to do all they can to avoid the need for extension of time in regards to these briefings. Oral argument on the FNC motion is set for August 5, 2009 at 10:30 a.m.

Plaintiff's Motion for Extension of Time [DE 98] is **DENIED** in accordance with the briefing schedule set above.

**DONE AND ORDERED** in chambers, Miami, Florida, this 8th day of June 2009.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Chris M. McAliley*
*Counsel of Record*