UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21941-CIV-COOKE/MCALILEY

**ROBERTO TAZOE,**
as Personal Representative of the Estate
of RICARDO TAZOE, Deceased,

    *Plaintiff*,

v.

**TAM LINHAS AEREAS,** *et al.*,

    *Defendants*.
_____/

## ORDER STAYING MERITS DISCOVERY

    **THIS MATTER** is before the Court *sua sponte*. On June 8, 2009, the Court heard argument regarding Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Dismiss on the Grounds of *Forum Non Conveniens*. An Order memorializing that hearing, setting a briefing and argument schedule for the FNC motion, and denying the motion, was previously entered. To provide additional clarity to the parties, this separate order is necessary. All merits discovery, except discovery that had been scheduled to take place in June and which was alluded to at the hearing, is hereby **STAYED** until resolution of the FNC motion. Should the Court determine that this District is an appropriate forum, merits discovery will continue based on a new discovery schedule to be set with the assistance of a Special Master appointed by Magistrate Judge McAliley.

    **DONE AND ORDERED** in chambers, Miami, Florida, this 8th day of June 2009.

                                                  */s/ Marcia G. Cooke*
                                                  MARCIA G. COOKE
                                                  United States District Judge

Copies furnished to:
*The Hon. Chris M. McAliley*
*Counsel of Record*