IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21941-CIV-COOKE/MCALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

                Plaintiff,

v.

TAM LINHAS AÉREAS, *et al.*,

                Defendants.

## ORDER ON DEFENDANT'S MOTION TO SEAL

THIS CAUSE comes before the Court upon Defendant Airbus North America Customer Services, Inc.'s Motion to Seal [DE 187]. The Court has considered the Motion and is fully advised in the premises.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. Defendant's Motion to Seal is GRANTED.

2. The Motion [DE 188] and Exhibits and its copies shall remain sealed and available only for in-camera inspection by the Court until the Court decides the claim of privilege. At that point in time, the Document will either be unsealed or returned to Plaintiffs.

DONE AND SIGNED in Chambers at Miami, Miami-Dade County, Florida, this 9th day of June, 2009.

                                      _____
                                      UNITED STATES Magistrate JUDGE

Copies furnished to:
Counsel of Record