UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21941-CIV-COOKE/McALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al*.

*Consolidated for purposes*
*of discovery only*

Plaintiffs,

v.

TAM LINHAS AÉREAS, et al.,

Defendants.

_____/

## ORDER GRANTING IN PART MOTION TO ENFORCE THE
## COURT'S ORDER REGARDING DEPOSITION SCHEDULING

The parties appeared before the Court on June 8, 2009, to address, among other things,

Defendants' Airbus, S.A.S.'s, Airbus North America Customer Services, Inc., Goodrich

Corporation's, and IAE International Aero Engine AG's Motion to Enforce the Court's Order

Regarding Depositions Scheduling. [DE 226]. Plaintiffs and Defendant Tam Linhas Aereas filed

responses in opposition to the Motion. [DE 245, 246]. This Court has considered the record, as well

as the argument of counsel at the June 8th discovery conference, and for the reasons stated at the

discovery conference, which are incorporated in this Order, it is hereby ORDERED that the Motion

is **GRANTED IN PART** as follows: Paragraph 2 of this Court's Order Following April 21, 2009

Discovery Conference [DE 191], shall apply to all parties, including Plaintiffs.

DONE and ORDERED in chamber at Miami, Florida, this 9th day of June, 2009.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
 The Honorable Marcia G. Cooke
Counsel of Record