IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21941-CIV-COOKE/McALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

Plaintiff,

v.

TAM LINHAS AÉREAS, *et al.*,

Defendants.

## ~~PROPOSED~~ ORDER

THIS CAUSE came before the Court upon Defendant Airbus North America Customer Services, Inc.'s Motion for Leave to File A Reply in Support of its Motion to Determine Whether Counsel for Plaintiffs Violated Rule 26(g) and 28 U.S.C. § 1927, to Determine Claim of Privilege, and to Compel, dated May 11, 2009. Upon consideration of the Motion, it is hereby:

[DE 228]

ORDERED that the Motion is GRANTED. Airbus North America Customer Services, Inc. may file a reply that does not exceed 10 pages in length.

SO ORDERED this 9th day of June, 2009.

_____
Honorable Chris McAliley
United States Magistrate Judge

Copies furnished to:
All Counsel of Record