UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21941-CIV-COOKE/McAliley

ROBERTO TAZOE, a Florida resident, as
Personal Representative of the Estate of
RICARDO TAZOE, deceased,

*Consolidated for purposes of discovery only*

Plaintiff,

vs.

TAM LINHAS AEREAS, a foreign corporation;
AIRBUS S.A.S., a foreign corporation; AIRBUS
INDUSTRIE G.I.E., a foreign corporation;
AIRBUS NORTH AMERICA CUSTOMER
SERVICES, INC., a foreign corporation;
GOODRICH CORP., a foreign corporation;
INTERNATIONAL AERO ENGINES AG, a
foreign corporation; and PEGASUS AVIATION
IV, INC., a foreign corporation,

Defendants.
_____/

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANTS AIRBUS NORTH AMERICA CUSTOMER SERVICES, INC. AND AIRBUS S.A.S.

**THIS MATTER** is before the Court upon Plaintiffs' Motion to Compel Production of Documents by Defendants Airbus North America Customer Services, Inc. and Airbus S.A.S. [DE 224], filed May 11, 2009.

The Court, having reviewed the Motion and being advised fully in the premises, hereby

**ORDERS and ADJUDGES** as follows

Plaintiffs' Motion to Compel Production of Documents by Defendants Airbus North America Customer Services, Inc. and Airbus S.A.S. [DE 224], is DENIED WITHOUT PREJUDICE to give the Parties an opportunity to further explore resolution of the issues presented.

**DONE and ORDERED** in chambers, Miami, Florida, this 9th day of June, 2009.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record