UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21941-CIV-COOKE/McALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

*Consolidated for
purposes
of discovery only*

Plaintiffs,

v.

TAM LINHAS AÉREAS, et al.,

Defendants.
_____/

## ORDER ON DEFENDANT AIRBUS NORTH AMERICA CUSTOMER SERVICES INC.'S MOTION TO COMPEL TAM LINHAS AEREAS

The parties appeared before the Court on June 8, 2009, to address, among other things, Defendant Airbus North America Customer Services, Inc.'s (ANACS) Motion to Compel Tam Linhas Aereas. [DE 201]. Upon consideration of the Motion, it is hereby:

ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART as follows:.

1. With regard to Airbus's Requests for Production No. 4, the motion is GRANTED insofar as the request is modified as follows: (1) subsection "b." is modified to require production of only the following reports: danger reports, incident reports, and supplemental weight and balance reports; and (2) subsection "d." is withdrawn by Airbus. Otherwise, TAM shall produce all responsive, non-privileged documents that have not yet

been provided by June 26, 2009.

2. With regard to Airbus Requests for Production Numbers 5, 6 and 7, the motion is GRANTED IN PART AND DENIED IN PART insofar as the subsections of each of these requests are modified as follows: (1) subsections "b." are modified to require production of only the following reports: danger reports, incident reports, and supplemental weight and balance reports; (2) subsections "d." are withdrawn by Airbus; and (3) subsections "f." are denied without prejudice. Otherwise, TAM shall produce all responsive, non-privileged documents that have not yet been provided by June 26, 2009.

3. With regard to Airbus Requests for Production Numbers 82, 83 and 84 all seeking FOQA data, TAM will determine whether responsive data is retrievable and advise Airbus whether it intends to comply with these requests by June 18, 2009. If TAM continues to object to production of this data, it should advise Airbus as to the reasons therefore and the Court will conduct further hearing on the matter as necessary.

4. With regard to Airbus Requests for Production Numbers 50, 51, 74 and 75, the parties have agreed to discuss narrowing the scope of those requests on or before June 18, 2009.

5. Airbus will advise the Court no later than Monday, June 22, 2009, if Airbus and TAM have not resolved outstanding production issues relating to Requests Numbers 50, 51, 74, 75, 81 and 82, such that the parties will require further Court involvement in

the resolution of those requests.

DONE and ORDERED in chamber at Miami, Florida, this 11th day of June, 2009.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
 The Honorable Marcia G. Cooke
Counsel of Record