UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21941-CIV-COOKE/McALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

*Consolidated for purposes of discovery only*

Plaintiffs,

v.

TAM LINHAS AÉREAS, et al.,

Defendants.
_____/

## ORDER DENYING MOTION TO DETERMINE WHETHER COUNSEL VIOLATED RULE 26(G) AND 28 U.S.C. § 1927, TO DETERMINE CLAIM OF PRIVILEGE AND TO COMPEL

The parties appeared before the Court on June 8, 2009, to address, among other things, Defendant Airbus North America Customer Services, Inc.'s (ANACS) Motion for the Court to Determine Whether Counsel for Plaintiffs Violated Rule 26(G) and 28 U.S.C. § 1927, to Determine Claim of Privilege, and to Compel. [DE 188]. Upon consideration of the Motion, it is hereby:

ORDERED that for the reasons stated at the June 8th discovery conference, which are incorporated in this Order, the Motion is DENIED. ANACS has not shown that Plaintiffs' counsel's conduct violated Rule 26(g) or 28 U.S.C. § 1927. Further, I find that the "Portuguese Grids" are protected by the attorney-client privilege and were disclosed inadvertently. Accordingly, any parties other than those represented by the Podhurst firm, are directed to return any Portuguese Grids in their possession to the Podhurst firm by Friday,

June 12, 2009, and the portions of all depositions wherein the Portuguese Grids are referenced or discussed shall be stricken.

DONE and ORDERED in chamber at Miami, Florida, this 11th day of June, 2009.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
 The Honorable Marcia G. Cooke
Counsel of Record