UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21941-CIV-COOKE/McALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

*Consolidated for purposes of discovery only*

Plaintiffs,

v.

TAM LINHAS AÉREAS, et al.,

Defendants.
_____/

## ORDER GRANTING MOTION TO COMPEL

The parties appeared before the Court on June 8, 2009, to address, among other things, Defendant Airbus North America Customer Services, Inc.'s Motion to Compel Plaintiffs and for an Order Providing Notice of Possible Dismissal For Failure to Respond to Discovery Requests. [DE 192]. Upon consideration of the Motion, it is hereby:

ORDERED that the Motion is GRANTED. Plaintiffs shall respond fully to all outstanding discovery requests propounded by Airbus North America Customer Services, Inc, and shall provide all verified interrogatory responses **no later than June 18, 2009.**

DONE and ORDERED in chamber at Miami, Florida, this 11th day of June, 2009.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Marcia G. Cooke
Counsel of Record