IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21941-CIV-COOKE/MCALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

Plaintiff,

v.

TAM LINHAS AÉREAS, *et al.*,

Defendants.

**DEFENDANTS AIRBUS S.A.S.'S AND AIRBUS NORTH AMERICA CUSTOMER SERVICES INC.'S, RESPONSE TO DEFENDANT TAM LINHAS AÉREAS'S MOTION [D.E. 281], AND "EMERGENCY MOTION" [D.E. 284], FOR CLARIFICATION OF THE COURT'S ORDER STAYING MERITS DISCOVERY (D.E. 269)**

Defendants Airbus S.A.S. and Airbus North America Customer Services, Inc. (the "Airbus entities") hereby respond as follows to defendant TAM Linhas Aéreas, S.A.'s ("TAM") Motion for Clarification [D.E. 281] and "Emergency" Motion for Clarification [D.E. 284]:

While the key relevant documents are located in Brazil and written in Portuguese—supporting the fact that this action should be dismissed on *forum non conveniens* grounds—there is little doubt that TAM's "emergency motion" is really a motion for reconsideration masquerading as a request for clarification. Indeed, this Court was perfectly clear in ordering the parties to complete discovery that had been scheduled through June. Magistrate Judge McAliley's orders, which were entered after briefing and two oral arguments, including one that took place after this Court stayed discovery, were equally clear: TAM was compelled to produce documents responsive to certain requests by June 26, and the parties were to meet and confer and then report back as to whether they had resolved their disagreements as to certain other requests. Simply put, clarification is not required. Rather, it is apparent that TAM actually seeks reconsideration of these orders, but it has not shown an intervening change in controlling law, the availability of new evidence, or the need to correct clear error or prevent manifest injustice.

1

*See Young Apartments, Inc. v. Town of Jupiter*, No. 05-80765, 2007 WL 1490933, at *1 (S.D. Fla. May 21, 2007).

Because TAM has failed to present a factual basis for the Court to reconsider its ruling, or those of Magistrate Judge McAliley, the Court should deny the motion.

Dated:   23 June, 2009

Respectfully submitted,

s/Alvin F. Lindsay
Alvin F. Lindsay (FBN 939056)
AFLindsay@hhlaw.com
HOGAN & HARTSON LLP
1111 Brickell Avenue, Ste. 1900
Miami, Florida 33131
Tel.: (305) 459-6500
Fax: (305) 459-6550

Thad T. Dameris, Esq.
TDameris@hhlaw.com
Trevor R. Jefferies, Esq.
TRJefferies@hhlaw.com
Bruce D. Oakley, Esq.
BDOakley@hhlaw.com
Christopher M. Odell, Esq.
CMOdell@hhlaw.com
HOGAN & HARTSON LLP
Pennzoil Place
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Tel.: (713) 632-1400
Fax: (713) 632-1401

*Attorneys for Airbus S.A.S. and Airbus North America Customer Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  s/Alvin F. Lindsay

HOGAN & HARTSON L.L.P., 1111 BRICKELL AVENUE, SUITE 1900 • MIAMI, FL 33131 • TEL. (305) 459-6500 • FAX (305) 459-6550

## SERVICE LIST

| | |
|---|---|
| Steven C. Marks, Esq.<br>smarks@podhurst.com<br>Aaron S. Podhurst, Esq.<br>apodhurst@podhurst.com<br>Ricardo M. Martinez-Cid, Esq.<br>rmcid@podhurst.com<br>PODHURST ORSECK, P.A.<br>25 West Flagler Street<br>Suite 800<br>Miami, Florida 33130<br>Tel: (305) 358-2800<br>Fax: (305) 358-2382<br>***Attorneys for Plaintiffs*** | John J. Uustal, Esq.<br>johnuustal@justiceforall.com<br>KELLEY UUSTAL, PLC<br>700 S.E. 3rd Avenue<br>Suite 200<br>Fort Lauderdale, FL 33316<br>Telephone: (954) 522-6601<br>Facsimile: (954) 522-5667<br>***Attorneys for Plaintiffs*** |
| John C. Duane, Esq.<br>jduane@motleyrice.com<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 216-9237<br>Facsimile: (843) 216-9450<br>***Attorney for Plaintiffs*** | Christopher E. Knight, Esq.<br>cknight@fowler-white.com<br>Helaine S. Goodner, Esq.<br>hgoodner@fowler-white.com<br>FOWLER WHITE BURNETT<br>Espirito Santo Plaza<br>1395 Brickell Avenue, 14th Floor<br>Miami, FL 33131<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br>***Attorneys for Defendant TAM Linhas Aéreas*** |
| Lyndall M. Lambert, Esq.<br>lyndall.lambert@hklaw.com<br>HOLLAND & KNIGHT LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>Telephone: (305) 374-8500<br>Facsimile: (305) 789-7799<br>***Attorney for Defendant Pegasus Aviation IV, Inc.*** | Richard M. Dunn, Esq.<br>rmdunn@cozen.com<br>Raquel Fernandez, Esq.<br>Refernandez@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 South Biscayne Boulevard<br>Suite 4410<br>Miami, FL 33131-2303<br>Telephone: (305) 704-5940<br>Facsimile: (305) 704-5955<br>***Attorneys for Defendant IAE International Aero Engines AG*** |
| Thomas E. Scott, Esq.<br>Scott@csklegal.com<br>Scott A. Cole, Esq.<br>sac@csklegal.com | |

| | |
|---|---|
| COLE SCOTT & KISSANE, P.A.<br>Dadeland Centre II<br>9150 South Dadeland Blvd., Suite 1400<br>Miami, Florida 33156<br>Tel: (305) 350-5300<br>Fax: (305) 373-2294<br>***Attorneys for Defendant Goodrich Corp.*** | |