UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21941-CIV-COOKE/MCALILEY

ROBERTO TAZOE,
as Personal Representative of the Estate
of RICARDO TAZOE, Deceased,

    *Plaintiff*,

v.

TAM LINHAS AEREAS, *et al.*,

    *Defendants*.
_____/

## ORDER ON MOTION FOR CLARIFICATION

**THIS MATTER** is before the Court upon Defendant Tam Linhas Aereas's Emergency Motion for Clarification of the Court's Order Staying Merits Discovery [DE 284]. The Motion is **GRANTED** and the Order clarified as follows:

The Order Staying Merits Discovery is not in conflict with the Orders subsequently entered by Magistrate Judge McAliley. *See* DE 269, 278, 280. All discovery that was set to be completed in June shall be completed, including any discovery ordered by Judge McAliley. Once the orders are complied with and outstanding discovery that was due in June is complete, no further merits (non-FNC) discovery shall be undertaken. The only exception to this shall be any meet-and-confers, hearings, or production based on the outstanding issues recognized in Judge McAliley's June 11, 2009 Order [DE 278].

**DONE AND ORDERED** in chambers, Miami, Florida, this 25th day of June 2009.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Chris M. McAliley*
*Counsel of Record*