UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 07-21941-CIV- COOKE/McALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

        Plaintiff,                      *Consolidated for Discovery Only*

vs.

TAM LINHAS AEREAS, *et al.*

        Defendants.
_____/

**DEFENDANTS IAE INTERNATIONAL AERO ENGINES AG'S, GOODRICH CORPORATION'S, AIRBUS S.A.S'S. AND AIRBUS NORTH AMERICA CUSTOMER SERVICES, INC.'S JOINT <u>AGREED</u> MOTION FOR LEAVE TO USE POWERPOINT PRESENTATION AT THE AUGUST 5, 2009 HEARING ON DEFENDANTS' MOTION TO DISMISS BASED ON THE *FORUM NON CONVENIENS* DOCTRINE**

      IAE International Aero Engines AG, Goodrich Corporation, Airbus S.A.S. and Airbus North America Customer Services, Inc. ("Manufacturing Defendants") respectfully request a Court Order authorizing Manufacturing Defendants to utilize a PowerPoint Presentation at the August 5, 2009 Hearing on Defendants' Motion to Dismiss Based on the *Forum Non Conveniens* Doctrine ("Motion to Dismiss"). A separate Motion for Leave will be filed requesting a Court Order authorizing Manufacturing Defendants to bring into the courtroom equipment necessary for the presentation. Undersigned counsel has conferred with counsel for *Tazoe* Plaintiffs, counsel for *Camargo* Plaintiffs, counsel for TAM and counsel for Pegasus, who advise that they have no objection to undersigned's use of a PowerPoint presentation at the August 5, 2009 Hearing on Defendants' Motion to Dismiss.

                                                      Respectfully submitted,

                                              By: */s/ Richard M. Dunn*_____

CASE NO: 07-21941-CIV- COOKE/McALILEY

>Richard M. Dunn, Esquire (126953)
>rdunn@cozen.com
>Raquel M. Fernandez  (0055069)
>rfernandez@cozen.com
>COZEN O'CONNOR
>Wachovia Financial Center
>200 South Biscayne Boulevard
>Suite 4410
>Miami, Florida  33131-2303
>Telephone:  (305) 704-5940
>Facsimile:  (305) 704-5955
>*Attorneys for Defendant IAE International Aero Engines AG*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of July, 2009, I electronically filed the foregoing with the clerk of the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manned specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing  served on all counsel of record or pro se parties identified on that attached Service List

>*/s/ Richard M. Dunn*____
>   Richard M. Dunn

CASE NO: 07-21941-CIV- COOKE/McALILEY

**SERVICE LIST**

| | |
|---|---|
| Aaron S. Podhurst<br>amann@podhurst.com<br>Steven Craig Marks<br>laja@podhurst.com<br>Ricardo Martinez-Cid<br>rmcid@podhurst.com<br>Podhurst Orseck, PA<br>25 West Flagler Street, Suite 800<br>Miami FL  33130<br>Telephone:  305-358-2800<br>Facsimile:  305-358-2382<br>**Counsel for Plaintiff**<br><br>Thad T. Dameris<br>tdameris@hhlaw.com<br>Trevor R. Jefferies<br>trjefferies@hhlaw.com<br>Bruce D. Oakley<br>bdoakley@hhlaw.com<br>Christopher Odell<br>cmodell@hhlaw.com<br>Hogan & Hartson LLP<br>711 Louisiana Street<br>Houston, TX 77002<br>Telephone:  (713)-632-1400<br>Facsimile:  (713)-632-1401<br>Alvin F. Lindsay<br>aflindsay@hhlaw.com<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131<br>**Counsel for Airbus North America  Customer Services, Inc.** | Thomas E. Scott, Jr.<br>Thomas.scott@csklegal.com<br>William M. Gilmore<br>William.Gilmore@csklegal.com<br>Cole, Scott & Kissane, PA<br>Dadeland Centre II<br>9150 South Dadeland Blvd.<br>Suite 1400<br>Miami FL  33156<br>Telephone:  305-350-5300<br>**Counsel for Goodrich Corporation**<br><br>Christopher E. Knight<br>cknight@fowler-white.com<br>Helaine S. Goodner<br>hgoodner@fowler-white.com<br>Fowler White Burnett P.A.<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue<br>Miami FL  33131-3302<br>**Attorneys for Defendant TAM Linhas Aereas, S.A.**<br><br>Lyndall M. Lambert<br>lyndall.lambert@hklaw.com<br>Holland & Knight<br>701 Brickell Avenue<br>Suite 3000<br>Miami, Florida 33131<br>Telephone:  (305)-789-7767<br>Facsimile:  (305)-789-7799<br>**Counsel for Pegasus Aviation, Inc.** |

**CASE NO: 07-21941-CIV- COOKE/McALILEY**

| | |
|---|---|
| John J. Uustal, Esq.<br>johnuustal@justiceforall.com<br>Kelley Uustal, PLC<br>700 S.E. 3rd Avenue<br>Suite 200<br>Fort Lauderdale, FL 33316<br>Telephone:  (954) 522-6601<br>Facsimile:  (954) 522-5667<br>**Counsel for Plaintiffs** | Mary Schiavo, Esq.<br>mschiavo@motleyrice.com<br>John Duane, Esq.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>P.O. Box 1792 (29465)<br>Mt. Pleasant, SC 29464<br>Telephone:  (843) 216-9161<br>**Counsel for Plaintiffs** |
| | |