UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 07-21941-CIV- COOKE/McALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

        Plaintiff,          *Consolidated for Discovery Only*

vs.

TAM LINHAS AEREAS, *et al.*

        Defendants.
_____/

**DEFENDANTS IAE INTERNATIONAL AERO ENGINES AG, GOODRICH CORPORATION, AIRBUS S.A.S. AND AIRBUS NORTH AMERICA CUSTOMER SERVICES, INC.'S JOINT MOTION FOR LEAVE TO BRING IN EQUIPMENT FOR USE IN A POWERPOINT PRESENTATION AT THE AUGUST 5, 2009 HEARING ON DEFENDANTS' MOTION TO DISMISS BASED ON THE *FORUM NON CONVENIENS* DOCTRINE**

IAE International Aero Engines AG, Goodrich Corporation, Airbus S.A.S. and Airbus North America Customer Services, Inc. ("Manufacturing Defendants") previously moved this Court for leave to present a PowerPoint Presentation at the August 5, 2009 Hearing on Defendants' Motion to Dismiss Based on the *Forum Non Conveniens* Doctrine ("Motion to Dismiss"). [DE 294]. Defendants will need to bring two laptops, a projector, a remote controlled "clicker" and three monitors for use in that presentation[1], and accordingly hereby request leave to bring the above noted equipment into the Courtroom at the August 5, 2009 Hearing on Defendants' Motion to Dismiss.

        Respectfully submitted,

        By: */s/ Richard M. Dunn*
        Richard M. Dunn, Esquire (126953)
        rdunn@cozen.com
        Raquel M. Fernandez  (0055069)

---

[1] Defendants have been advised by the Court that the Court has a screen, and Defendants respectfully request use of that screen at the August 5, 2009 Hearing.

CASE NO: 07-21941-CIV- COOKE/McALILEY

> rfernandez@cozen.com
> COZEN O'CONNOR
> Wachovia Financial Center
> 200 South Biscayne Boulevard
> Suite 4410
> Miami, Florida  33131-2303
> Telephone:  (305) 704-5940
> Facsimile:  (305) 704-5955
> *Attorneys for Defendant IAE*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 9th day of July, 2009, I electronically filed the foregoing with the clerk of the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manned specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing  served on all counsel of record or pro se parties identified on that attached Service List

> */s/ Richard M. Dunn*____
>    Richard M. Dunn

**CASE NO: 07-21941-CIV- COOKE/McALILEY**

## SERVICE LIST

| | |
|---|---|
| Aaron S. Podhurst<br>amann@podhurst.com<br>Steven Craig Marks<br>laja@podhurst.com<br>Ricardo Martinez-Cid<br>rmcid@podhurst.com<br>Podhurst Orseck, PA<br>25 West Flagler Street, Suite 800<br>Miami FL  33130<br>Telephone:  305-358-2800<br>Facsimile:  305-358-2382<br>**Counsel for Plaintiff**<br><br>Thad T. Dameris<br>tdameris@hhlaw.com<br>Trevor R. Jefferies<br>trjefferies@hhlaw.com<br>Bruce D. Oakley<br>bdoakley@hhlaw.com<br>Christopher Odell<br>cmodell@hhlaw.com<br>Hogan & Hartson LLP<br>711 Louisiana Street<br>Houston, TX 77002<br>Telephone:  (713)-632-1400<br>Facsimile:  (713)-632-1401<br>Alvin F. Lindsay<br>aflindsay@hhlaw.com<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131<br>**Counsel for Airbus North America  Customer Services, Inc.**<br><br><br><br>John J. Uustal, Esq.<br>johnuustal@justiceforall.com | Thomas E. Scott, Jr.<br>Thomas.scott@csklegal.com<br>William M. Gilmore<br>William.Gilmore@csklegal.com<br>Cole, Scott & Kissane, PA<br>Dadeland Centre II<br>9150 South Dadeland Blvd.<br>Suite 1400<br>Miami FL  33156<br>Telephone:  305-350-5300<br>**Counsel for Goodrich Corporation**<br><br>Christopher E. Knight<br>cknight@fowler-white.com<br>Helaine S. Goodner<br>hgoodner@fowler-white.com<br>Fowler White Burnett P.A.<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue<br>Miami FL  33131-3302<br>**Attorneys for Defendant TAM Linhas Aereas, S.A.**<br><br><br>Lyndall M. Lambert<br>lyndall.lambert@hklaw.com<br>Holland & Knight<br>701 Brickell Avenue<br>Suite 3000<br>Miami, Florida 33131<br>Telephone:  (305)-789-7767<br>Facsimile:  (305)-789-7799<br>**Counsel for Pegasus Aviation, Inc.** |

COZEN O'CONNOR
200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131 – Telephone 305-704-5940 – Facsimile 305-704-5955
3
MIAMI\62957\1  212567.000

| | |
|---|---|
| Kelley Uustal, PLC<br>700 S.E. 3rd Avenue<br>Suite 200<br>Fort Lauderdale, FL 33316<br>Telephone:  (954) 522-6601<br>Facsimile:  (954) 522-5667<br>**Counsel for Plaintiffs** | Mary Schiavo, Esq.<br>mschiavo@motleyrice.com<br>John Duane, Esq.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>P.O. Box 1792 (29465)<br>Mt. Pleasant, SC 29464<br>Telephone:  (843) 216-9161<br>**Counsel for Plaintiffs** |
| | |

COZEN O'CONNOR
200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131 – Telephone 305-704-5940 – Facsimile 305-704-5955
4

MIAMI\62957\1  212567.000