UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21941-CIV-COOKE/MCALILEY

ROBERTO TAZOE AS PERSONAL
REPRESENTATIVE OF RICARDO
TAZOE, deceased,

      Plaintiff,

v.

TAM LINHAS AEREAS, *et al*.,

      Defendants.
_____/

## ORDER CONSOLIDATING CASES *FOR PURPOSES OF DISCOVERY ONLY* AND REQUIRING NOTICE FROM THE PARTIES

The above-styled action is the lowest-number action of approximately eighty cases involving the July 17, 2007, crash of TAM Linhas Aereas Flight JJ3054 in Sao Paulo, Brazil. As such, this case is considered the lead case. To assist in management of these cases, this Court previously ordered that all the associated cases were consolidated with this lead case, for purposes of discovery only. Several more case have now been filed. To help maintain these cases as efficiently as possible, and to address the issues presented in the most orderly manner, it is hereby **ORDERED** that the following additional cases, listed below, are **CONSOLIDATED** with this lead case (**07-21941-CIV-MGC**) *for purposes of discovery only*:

    *09-cv-21794-MGC*  *Rodriguez Velenca Te v. Tam Linhas Aeras et al.*
    *09-cv-21795-MGC*  *Westrupp et al v. Tam Linhas Aereas et al.*
    *09-cv-21796-MGC*  *Taglohner v. Tam Linhas Aereas et al.*
    *09-cv-21797-MGC*  *Chaccur v. Tam Linhas Aereas et al.*
    *09-cv-21798-MGC*  *Tomita v. Tam Linhas Aereas et al.*
    *09-cv-21799-MGC*  *Pedrosa et al v. Tam Linhas Aereas et al*.

It is further **ORDERED** that The parties are further **INSTRUCTED** to **notify the Court, within ten (10) days of the date of this Order** of any related cases filed but either not yet associated with the lead case or not referred to Magistrate Judge McAliley, or both. A separate order shall issue

consolidating *Ura v. Tam Linhas Aereas et al.*, 08-cv-21980-MGC, with these and the other cases for discovery.

**DONE** and **ORDERED** in Chambers at Miami, Florida, this 14th day of July 2009.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Chris M. McAliley*
*Counsel of Record*