UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21941-CIV-COOKE/MCALILEY

**ROBERTO TAZOE,**
as Personal Representative of the Estate
of RICARDO TAZOE, Deceased,

    *Plaintiff*,

v.

**TAM LINHAS AEREAS,** *et al.*,

    *Defendants*.
_____/

### ORDER SETTING STATUS CONFERENCE

**THIS CASE** is hereby set for a status conference before this Court on July 22, 2009 at 4:00 p.m. All parties are **ORDERED** to appear.

**DONE AND ORDERED** in chambers at Miami, Florida, this 14th day of July 2009.

_____
MARCIA G. COOKE
United States District Judge

Copies to:
*The Hon. Chris M. McAliley*
*All counsel of record*