UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21941-CIV-COOKE/McAliley

ROBERTO TAZOE, a Florida resident, as Personal Representative of the Estate of RICARDO TAZOE, deceased,

       Plaintiff,

vs.

TAM LINHAS AEREAS, a foreign corporation; AIRBUS S.A.S., a foreign corporation; AIRBUS INDUSTRIE G.I.E., a foreign corporation; AIRBUS NORTH AMERICA CUSTOMER SERVICES, INC., a foreign corporation; GOODRICH CORP., a foreign corporation; INTERNATIONAL AERO ENGINES AG, a foreign corporation; and PEGASUS AVIATION IV, INC., a foreign corporation,

       Defendants.
_____/

*Consolidated for purposes of discovery only*

## NOTICE OF APPEARANCE

JOEL D. EATON files his appearance on behalf of Plaintiffs in the above matter and in all consolidated cases.

Respectfully submitted,

/s/ Joel D. Eaton
Joel D. Eaton (FBN 203513)
jeaton@podhurst.com
Steven C. Marks (FBN 516414)
smarks@podhurst.com
Ricardo M. Martínez-Cid (FBN 383988)
rmcid@podhurst.com
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800; Fax: (305) 358-2382
Attorneys for *Tazoe* Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that on July 17, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                /s/ Joel D. Eaton
                Joel D. Eaton