UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 07-21941-CIV- COOKE/McALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

        Plaintiff,                       *Consolidated for Discovery Only*

vs.

TAM LINHAS AEREAS, *et al.*

        Defendants.
_____/

**ORDER ON DEFENDANTS IAE INTERNATIONAL AERO ENGINES AG,
GOODRICH CORPORATION, AIRBUS S.A.S. AND AIRBUS NORTH AMERICA
CUSTOMER SERVICES, INC.'S JOINT <u>AGREED</u> MOTION FOR LEAVE
TO USE POWERPOINT PRESENTATION AT THE AUGUST 5, 2009
HEARING ON DEFENDANTS' MOTION TO DISMISS
BASED ON THE *FORUM NON CONVENIENS* DOCTRINE**

THIS CAUSE has come before the Court on Defendants IAE International Aero Engines AG, Goodrich Corporation, Airbus S.A.S. and Airbus North America Customer Services, Inc.'s Joint Agreed Motion for Leave to Use PowerPoint Presentation at the August 5, 2009 Hearing on Defendants' Motion to Dismiss based on the Forum Non Conveniens Doctrine [DE 294], and the Court, having reviewed the Motion, and noting agreement of counsel, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion is GRANTED. Defendants shall have leave to use a PowerPoint Presentation at the August 5, 2009 hearing.

DONE AND ORDERED in chambers at Miami-Dade County, this 21st day of July, 2009.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT COURT JUDGE

cc: All Counsel of Record