UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 07-21941-CIV- COOKE/McALILEY

ROBERTO TAZOE, as Personal Representative of
the Estate of RICARDO TAZOE, deceased, *et al.*

       Plaintiff,                          *Consolidated for Discovery Only*

vs.

TAM LINHAS AEREAS, *et al.*

       Defendants.

_____/

**ORDER ON DEFENDANTS IAE INTERNATIONAL AERO ENGINES AG,
GOODRICH CORPORATION, AIRBUS S.A.S. AND AIRBUS NORTH AMERICA
CUSTOMER SERVICES, INC.'S JOINT MOTION FOR LEAVE TO BRING IN
EQUIPMENT FOR USE IN A POWERPOINT PRESENTATION AT THE
AUGUST 5, 2009 HEARING ON DEFENDANTS' MOTION TO DISMISS
BASED ON THE *FORUM NON CONVENIENS* DOCTRINE**

THIS CAUSE has come before the Court on Defendants IAE International Aero Engiens

AG, Goodrich Corporation, Airbus S.A.S. and Airbus North America Customer Services, Inc.'s

Joint Motion for Leave to Bring in Equipment for Use in a PowerPoint Presentation at the

August 5, 2009 Hearing on Defendants' Motion to Dismiss based on the Forum Non Conveniens

Doctrine [DE 295], and the Court, having reviewed the Motion, and noting Defendants' Prior

Agreed Motion for Leave to Use a PowerPoint Presentation, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion is GRANTED.  Counsel for

IAE International Aero Engines AG, Goodrich Corporation, Airbus S.A.S. and Airbus North

America are permitted to bring two laptops, one projector, a remote controlled "clicker" and

three monitors into the Courtroom at the August 5, 2009 Hearing on Defendants' Motion to

Dismiss.   The Court will have a screen available for Defendants' use at the August 5, 2009

Hearing.

DONE AND ORDERED in chambers at Miami-Dade County, this 23rd day of July, 2009.

MARCIA G. COOKE
UNITED STATES DISTRICT COURT JUDGE

cc:  All Counsel of Record