# EXHIBIT 2

# LOCATION OF LIABILITY EVIDENDCE

| Evidence/Witness | Location | Notes and Source |
|---|---|---|
| Wreckage | Brazil | Hennessee Declaration ¶ 25 to FNC Motion |
| Artificial Feel Unit | Brazil | Briefly taken to France to be scanned and then returned to Brazil for testing by CENIPA, which was conducted outside the presence of Manufacturing Defendants. Exhibit 4 to FNC Reply. |
| Accident Site | Brazil | Hennessee Declaration ¶ 25 to FNC Motion |
| Digital Flight Data Recorder | Brazil | Transported from Brazil to Washington, D.C. by CENIPA. Data was extracted by CENIPA in NTSB lab space and then returned to Brazil by CENIPA. Exhibit 3 to FNC Reply |
| Cockpit Voice Recorder | Brazil | Transported from Brazil to Washington, D.C. by CENIPA. Data was extracted by CENIPA in NTSB lab space and then returned to Brazil by CENIPA. Exhibit 3 to FNC Reply |
| TAM headquarters | Brazil | Hennessee Declaration ¶ 25 to FNC Motion |
| TAM employees and former employees | Brazil | Hennessee Declaration ¶ 25 to FNC Motion |
| Marco Castro | Brazil | TAM's flight safety director at the time of the Accident who was indicted by state police in Brazil. FNC Supplement at 11. |
| Alberto Fajerman | Brazil | TAM's Vice President of Operations at the time of the Accident who was indicted by state police in Brazil. FNC Supplement at 11. |
| Abel Salaam Kishk | Brazil | TAM's former manager of engineering operations who was incited by state police in Brazil. FNC Supplement at 11. |
| Denise Abreu | Brazil | ANAC's former director who was indicted in Brazil by state police. FNC Supp. at 12. |
| Pantanal ATR-42 Flight Crew | Brazil | Aircraft skidded off runway 35L the day before the Accident. FNC Supp. at 12. |
| Gol Airline officials | Brazil | Flight 3054 co-pilot Captain Stephanini was terminated by Gol Airlines after a brief period. FNC Supp. at 12; Ex. 13 to FNC Supplement |
| Porto Alegre Airport Personnel | Brazil | FNC Supplement at 12; Exhibit 14 to FNC Supplement |
| ANAC employees and documents | Brazil | Hennessee Delaration ¶ 25 to FNC Motion |
| Infraero employees and documents | Brazil | Hennessee Delaration ¶ 25 to FNC Motion |
| Records of and witnesses to prior runway incidents at Congonhas | Brazil | Hennessee Delaration ¶ 25 to FNC Motion |
| Records of and witnesses to runway repaving at Congonhas | Brazil | Hennessee Delaration ¶ 25 to FNC Motion; TAM's Rule 26 Initial Disclosures ¶ 58, attached as Exhibit 8 to FNC Reply |
| Persons involved in prior safety related closures of Congonhas | Brazil | Hennessee Delaration ¶ 25 to FNC Motion |
| Personnel who designed, supervised, and performed the construction work at Congonhas | Brazil | Hennessee Delaration ¶ 25 to FNC Motion |
| Personnel that inspected Congonhas | Brazil | Hennessee Delaration ¶ 25 to FNC Motion |

| | | |
|---|---|---|
| before it reopened | | |
| Personnel from the fuel company that loaded Flight JJ 3054 before the Accident flight. | Brazil | Fuel ticket receipt from Porto Alegre Airport attached as Exhibit 61 to FNC Reply |
| Eyewitnesses to the Accident, including Sao Paulo Air Traffic Controllers in radio and visual contact with Flight 3054. | Brazil | TAM's Rule 26 Initial Disclosures ¶ 61, attached as Exhibit 8 to FNC Reply |
| Infraero employees who inspected runway at Congonhas shortly before the Accident | Brazil | TAM's Rule 26 Initial Disclosures ¶ 56, attached as Exhibit 8 to FNC Reply |
| Pegasus witnesses and documents | Peru, Argentina, California | Exhibit 12 to FNC Supplement |
| Airbus S.A.S. witnesses and documents, including as they pertain to the design and manufacture of the Accident Aircraft | France/Germany | Airbus S.A.S. maintains its worldwide headquarters and principal place of business in Toulouse, France. Hennessee Declaration to FNC Motion. It does not have any offices or presence in the United States. Hennessee Declaration to FNC Motion. |
| Airbus North America Customer Services, Inc. witnesses and documents | Herndon, Virginia | Airbus North America Customer Services is a subsidiary of Airbus Americas, Inc. Both have their headquarters and principal places of business in Herndon, Virginia. Rockliff Declaration to FNC Motion. Airbus North America Customer Services has provided training to TAM flight crews but it did not train the crew involved in the operation of Flight JJ 3054. Rockliff Declaration ¶¶ 7, 8 to FNC Motion; Rockliff Deposition Tr. at 54, Ex. __ to FNC Reply. |
| Goodrich Corporation witnesses and documents | France, California, Ohio | Goodrich designed and manufactured the nacelle on the Accident Aircraft in California and installed them on the engines in Toulouse, France. Saunders Declaration ¶ 4 to FNC Motion. |
| IAE International Aero Engines AG witnesses and documents | England, Germany, Connecticut | IAE is a Swiss-registered company but it manufactured the engines on the Accident Aircraft in Derby, England and performed the design work for the engines in England, Germany, and Connecticut. Bartron Declaration ¶¶ 4-5 to FNC Motion. |