# EXHIBIT 3

## COPY CENTER

**From:** AIBSAO
**Sent:** Tuesday, July 24, 2007 1:30 PM
**To:** Ruy Amparo/Vice-Pres Tecnica; Sergio FB Novato/Tecnica; Alberto Fajerman/Vice-Pres Operacoes; Nicolau Barbieri Junior/Garantia da Qualidade; Alvaro AS Pereira/Manutencao São Carlos; Paulo Gerardi/Engenharia; Bombini B Junior/Operações de Vôo; Galceran LP Luiz/Operações de Vôo A-330/340; Frischmann Alex/Operações de Vôo A-319/320; Cavalheiro Brasil/Diretoria de Operacoes SAODO; Grant A Leonard/Operações de Vôo A-330/340; Castro A Santos/Flight Safety SAOSV; Harley C Meneses/Diretoria de Operacoes SAODO; Tozzi K Kischi/Operações de Vôo A-330/340
**Cc:** REFERENCE SAO.0771/07; Agnaldo Olivieri/Engenharia SAOMX; Barbara Nunes Cuba Bora/Engenharia SAOMX; Carlos Murilo L Fortes/Engenharia SAOMX; Fabio Wallner/Engenharia SAOMX; Gelson M Melo/MCC; Jorge Yoshiharu Fukuda/Sao Carlos Manutencao QSCDI; Mauro J Nishime/Engenharia SAOMX; Nelson Uesato/Engenharia SAOMX
**Subject:** FW: * Revision * ( AIT 3 ) / TAM LINEAS AREAS FLIGHT JJ3054 ACCIDENT IN SAO PAU

Dear All,

Please find hereafter the content of AIT (3) on above mentioned subject.
Thanks, best regards.

Norma Santos - Secretary
On behalf of Mário de OLIVEIRA COLAÇO
Resident Customer Support Manager
Resident Customer Support Office - São Paulo / Brazil
Customer Services - SCY
AIRBUS Central Entity

Phone  : +55(11)5031 0164
Mobile : +55(11)8449 6463
Fax    : +55(11)5031 2994
Mailto : aibsao@airbus.com

> -----Original Message-----
> From:    AIT-DISPATCH, AIRBUS
> Sent: 24 July 2007 12:47
> To:    AIBSAO
> Subject:    TAM LINEAS AREAS FLIGHT JJ3054 ACCIDENT IN SAO PAU
>
> FROM : AIRBUS FLIGHT SAFETY DEPARTMENT TOULOUSE
>
> ACCIDENT INFORMATION TELEX - ACCIDENT INFORMATION TELEX
>
> TO : ALL AIRBUS OPERATORS / ATTN : FLIGHT SAFETY DEPARTMENT
>
> SUBJECT: TAM LINEAS AREAS FLIGHT JJ3054 ACCIDENT IN SAO PAULO,
> BRAZIL
> Our ref.: TAM JJ3054 AIT 3 dated 24 July 2007
> Previous ref: TAM JJ3054 AIT 2 dated 23 July 2007
>
> Reason of update : The Reason of this AIT 3 is to clarify the
> references of the MMEL Revisions indicated in AIT 2.
>
> This AIT is an update of previous AIT n°2 concerning the A320 Tam
> Lineas Areas involved in an accident during landing phase at Sao
> Paulo Congonhas airport- Brazil on the 17th of July 2007 at 06:30 PM

Page 1

TAM-126660

> local time.
>
> The data which follow have been approved for release by the
> Brazilian investigation authorities.
>
> Facts collection is continuing on accident site with all parties
> involved.
>
> Work on the accident site is very difficult due to post-accident
> damages (fire, building partial collapse).
>
> The two accident recorders have been retrieved (CVR and DFDR) and
> provide good quality data.
>
> The DFDR decoding started on July 20th, the CVR decoding started on
> July 23rd, both in NTSB facilities under the responsibility of the
> Brasilian investigation authorities with the participation of the
> other involved investigation authorities and parties.
>
> It is confirmed that the aircraft was dispatched with the reverser
> of Engine 2 inhibited according to MEL.
>
> Based from the preliminary analysis of the DFDR, and in agreement
> with the Brazilian investigation authorities, Airbus remind all
> operators to strictly comply with the following procedures:
>
> A- During the flare at thrust reduction select ALL thrust levers to
> IDLE.
>
> B- For the use of the thrust reversers when landing with one Engine
> Reverser inhibited refer to :
>
> R       - For A318/A319/A320/A321 MMEL 02-78 Page 1 Rev 29
> R       - For A310 MMEL 02-78 Page 1 Rev 17
> R       - For A300-600 MMEL 02-78 Page 1 Rev 15
> R       - For A330 MMEL 02-78 Page 1 Rev 17
> R       - For A340 200/300/500/600 MMEL 02-78 Page 1 Rev 19
>
>
>
> An update of this AIT will be provided if need be as soon as
> additional valuable information is made available.
>
> Yannick Malinge
> Vice-President Flight Safety
>
>
>
>

This e-mail is intended only for the above addressee. It may contain privileged information.
If you are not the addressee you must not copy, distribute, disclose or use any of the information in it.
If you have received it in error please delete it and immediately notify the sender.
Security Notice: all e-mail, sent to or from this address, may be accessed by someone other than the recipient, for
system management and security reasons. This access is controlled under Regulation of security reasons.
This access is controlled under Regulation of Investigatory Powers Act 2000, Lawful Business Practises.

TAM-126661