# EXHIBIT 4

Page 1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF FLORIDA |
| 2 | MIAMI DIVISION |
| 3 | CASE NO. 07-21941-CIV-COOKE/MCALILEY |
| 4 | ROBERTO TAZOE, a Florida resident, |
| | as Personal Representative of the |
| 5 | Estate of RICARDO TAZOE, deceased |
| 6 | Plaintiff, |
| 7 | vs. |
| 8 | TAM LINHAS AEREAS, a foreign |
| | corporation, et al., |
| 9 | |
| | Defendants. |
| 10 | _____X |
| 11 | |
| 12 | VOLUME I |
| 13 | VIDEOTAPED DEPOSITION |
| 14 | OF |
| 15 | ALEX FRISCHMANN |
| 16 | 30(b)(6) |
| 17 | |
| 18 | |
| 19 | HILTON HOTEL |
| 20 | Macacha Guemes 351 |
| 21 | Buenos Aires, Argentina |
| 22 | |
| 23 | |
| 24 | Wednesday, June 10, 2009 |
| 25 | 11:08 a.m. - 5:37 p.m. |

Page 2

1  APPEARANCES
2  For the Plaintiff:
3     RICARDO M. MARTINEZ-CID, ESQ.
      Podhurst Orseck, PA
4     25 West Flagler Street
      Suite 800
5     Miami, Florida  33130
6  For the Defendant TAM Linhas Aereas, S.A.:
7     CHRISTOPHER E. KNIGHT, ESQ.
      JAMES P. MURRAY, ESQ.
8     GABRIEL COELHO, ESQ.
      RICARDO C. CABRERA, ESQ.
9     Fowler White Burnett P.A.
      Espirito Santo Plaza, 14th Floor
10    1395 Brickell Avenue
      Miami, Florida 33131-3302
11
      LUIZ CLAUDIO MATTOS DE AGUIAR, ESQ.
12    General Counsel
      Av. Jurandir
13    856 - Lote 4 - 8 Andar
      Jd. Ceci - Aeroporto
14    CEP 04072-000
      Sao Paulo - SP - Brasil
15
   For Beaumont & Son Aviation:
16
      JULIO COSTA, ESQ.
17    Clyde & Company
      Av. Rio Branco 257/808
18    Centro CEP 20040-009
      Rio de Janeiro Brasil
19
   For the Defendant Airbus North America Customer
20 Services, Inc.:
21    WILLIAM D. NUSSBAUM, ESQ.
      Hogan & Hartson
22    Columbia Square
      555 Thirteenth Street, NW
23    Washington, D.C.  20004
24
25

Page 3

1  For the Defendant Airbus North America Customer
   Services, Inc.:
2
      CHRISTOPHER M. ODELL, ESQ.
3     Hogan & Hartson
      Bank of America Center
4     700 Louisiana Street, Suite 4300
      Houston, Texas  77002
5
   For the Defendant IAE:
6
      RICHARD M. DUNN, ESQ.
7     Cozen O'Connor
      Wachovia Financial Center
8     200 South Biscayne Boulevard
      Suite 4410
9     Miami, Florida  33131-2303
10 Also Present: Zilda Buzack, Interpreter
11               Marcela De Castro Vaz, Esq.
12               Tatiane Novaes Viana, Esq.
13               Regis Lima
14               Brian Terrinoni, Videographer
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              I N D E X
2  WITNESS          Direct   Cross   Redirect
3  Alex Frischmann
4   By Mr. Nussbaum    7
5
6          E X H I B I T   I N D E X
7  Exhibit     Description        Page No.
8   99   Transcript of Frischman testimony   31
         before parliamentary
9        investigatory committee 8/14/07
10  100  Statement of Frischman to civil     35
         police in Sao Paulo
11
    101  Flight Operation Support and Line   92
12       Assistance, Getting to Grips With
         Aircraft Performance
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 101

 1  issued a while ago. It wasn't recently. And the
 2  safety department would be better able to answer
 3  these questions. In order for me to answer those
 4  questions, I would have to review the documents
 5  again, because I don't have them from the top of
 6  my head.
 7       Q. Has TAM ever prepared any analysis of
 8  the accident involving flight 3054?
 9          MR. MARTINEZ-CID: Object to form.
10          MR. MURRAY: Objection.
11       A. No, we have not conducted -- no. As
12  far as I'm concerned, TAM has not analyzed
13  anything regarding that. This is for the
14  official bodies to do so. But to complement my
15  answer, I had access over the Internet of the
16  flight data and which was discussed between
17  myself, the parliamentary investigation unit, and
18  the military police -- civil police.
19          THE INTERPRETER: The interpreter will
20     stand corrected, not military police, but
21     civil police.
22       Q. Do I understand, then, from your answer
23  that TAM has copies of the digital flight data
24  recorder information?
25       A. We never were able to have any official

Page 102

 1  information regarding the accident. Everyone we
 2  included were able to access all the information
 3  through the Internet.
 4       Q. To your knowledge, does TAM have a copy
 5  of the digital flight data recorder relating to
 6  flight 3054?
 7       A. No, not a copy. CENIPA has the
 8  original investigation information. What we have
 9  seen is just a part of it on the Internet, and I
10  am not sure as to the integrity of the
11  information published.
12       Q. You have never seen any printouts of
13  data from the digital flight data recorder for
14  flight 3054?
15       A. No, I have never seen it.
16       Q. And I take it from your answer that
17  during the course of your preparation to appear
18  as TAM's corporate representative today on how
19  and why the accident involving flight 3054
20  occurred, TAM's attorneys never showed you any
21  digital flight data recording information; is
22  that correct?
23       A. No. As I said before, I wasn't
24  presented with the information. All I know from
25  the flight data is what I researched on my own

Page 103

 1  through the Internet, through Google, and which I
 2  presented to the investigative parliamentary
 3  committee.
 4       Q. I ask you now to take a look at what
 5  previously has been marked as Exhibit 51. Have
 6  you ever seen Exhibit 51 before?
 7       A. Let me review it real quickly. Yes, I
 8  have seen it before.
 9       Q. When did you last see it -- most
10  recently see this document?
11       A. I think it was last year, but I don't
12  remember the exact time period that I read it.
13       Q. Do I take it from your answer that this
14  document was not among the documents shown to you
15  by TAM's lawyers in preparation for your
16  appearing as a corporate representative for TAM
17  today on how and why the accident occurred?
18          MR. MURRAY: Objection. It's been
19     answered.
20       A. No, I haven't seen them.
21       Q. Since this document is in Portuguese
22  and your Portuguese is better than mine, might I
23  ask you to read for us the title of this
24  document.
25       A. It's regarding flight safety

Page 104

 1  recommendations.
 2       Q. Might I just ask you to read for us
 3  what it says across the top, starting with the
 4  word "Comando."
 5       A. "Airworthiness command, airworthiness
 6  major state, Air Accident Prevention
 7  Investigation Association."
 8       Q. This is a document from CENIPA, is it
 9  not?
10       A. Yes.
11       Q. Which you said earlier is the entity in
12  Brazil that investigates accidents, correct?
13       A. Yes. It is the responsible body.
14       Q. And they are the ones who were
15  investigating the accident involving flight 3054,
16  correct?
17       A. Correct.
18       Q. And you said it's a recommendation for
19  security of flight? Is that what this says?
20       A. What's written is "flight safety
21  recommendations."
22       Q. What does it say under that?
23       A. "Occurrence, air accident."
24       Q. And below that?
25       A. "Registration PRMBK model Airbus A320,

26 (Pages 101 to 104)