EXHIBIT 11



1   A.   Oh, I think it's about 40 something.  I

2  have to make some calculations.  I'm not sure, but I

3  think it's 40 something.

4   Q.   Are you the administrator of Marta's

5  estate?

6   A.   No, she is.

7   Q.   She, Maria Thereza?

8   A.   Yes.  She is there, was indicated the

9  inventory --

10   THE INTERPRETER:  The probate

11   proceeding.

12   A.   Yeah.  She was indicating.

13  BY MS. ARMENDARIZ:

14   Q.   Okay.  She was the one responsible for

15  doing the inventory of the assets?

16   A.   Yeah, yeah.  Yes.

17   Q.   Did she have --

18   A.   In Brazil, I mean, the part that --

19   Q.   The proceeding is in Brazil?

20   A.   In Brazil.

21   Q.   Okay.  Is it still ongoing?

22   A.   The Brazilian part I think, yes, because

23  the judge issued the order, the final --

24   THE INTERPRETER:  Yeah.  The probate of

25  the estate.

1    A.    There is a document showing the final

2    agreement.  I had the part and so they settled

3    that.

4    BY MS. ARMENDARIZ:

5    Q.    Did you assist her in administering the

6    estate?

7    A.    No.  No.

8    Q.    And you said the Brazilian part.  Is the

9    whole thing being administered in Brazil or is there

10   another place that this is being administered?

11   A.    Administration I think is done by Maria

12   Thereza.  I don't know.  It's in Brazil.

13   Q.    In Brazil?

14   A.    Yes.

15   Q.    Do you know if Marta left behind a will?

16   A.    Sorry?

17   Q.    Do you know if she left behind a will?

18   A.    No, no.

19   Q.    No, you don't --

20   A.    I don't know.  We couldn't find any will

21   or something.

22   Q.    Do you know who the named beneficiaries

23   are of her estate?

24   A.    Well, the legal beneficiaries was me as

25   her husband.  I have part of the -- we bought

1  together an apartment, 50/50. And I had -- as a

2  husband I had some rights for like some credit card

3  insurance, these kind of things, the legal stuff in

4  Brazil. But the main beneficiary was Maria Thereza.

5  This is in accordance to the Brazilian law.

6        Q.    Did you produce any of the estate

7  documents for this litigation?

8        A.    For this litigation?

9        Q.    Uh-huh, yes.

10       A.    I -- they asked me for some documents. I

11 sent a copy, yes.

12       Q.    We'll go back to that in a second.

13       A.    I don't know if all the documents you need

14 are there, but everything I could find I sent.

15       Q.    Aside from the apartment that you bought

16 together, what other property did Marta leave

17 behind?

18       A.    No. Marta left a lot of properties

19 because she had -- you have bank accounts, some

20 investment. Even in Holland she had -- was not in

21 Holland. But during her stay in Holland she had some

22 investment, I think, in -- because she worked in

23 OPCW. It's an organization for prohibition of

24 chemical weapons. They had kind of fund or

25 application for this. She had some money. But this