EXHIBIT 14

