EXHIBIT 12

1     Q   Okay.  Do you know how the payments were made?
2  Were they made by check or wire?

3     A   I don't know.

4     Q   And after those Bradesco documents, there's a
5  document.  It looks like a tax document?

6     A   Exactly.

7     Q   Did you have to pay -- did you and Adrien have
8  to pay some kind of property tax --

9     A   It's a government tax, yes.

10    Q   -- in connection with the apartment?

11    A   Yes, exactly.

12    Q   Okay.  And this is a receipt for the payment?

13    A   I don't know.

14    Q   And Adrien was responsible for paying?

15    A   For everything.

16    Q   Okay.  I'm done with those.

17       Adrien, did he participate with any kind of
18  retirement plan from work, like a savings plan?

19    A   I don't know.

20    Q   Did Adrien -- strike that.

21       Was an estate pertaining to Adrien's assets
22  opened up in Brazil after the accident?

23    A   Excuse me?

24    Q   Was an estate pertaining to Adrien's assets,
25  the property that he owned opened up in Brazil after the