# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20838-CIV-COOKE/BANDSTRA

FABIANA CASOLARI SERVULO DA CUNHA,
as Personal Representative of the Estate of
CASSIO VIEIRA SERVULO DA CUNHA, deceased,

        Plaintiff,

vs.

TAM LINHAS AÉREAS, et al.,

        Defendants.
_____

## PLAINTIFF'S ANSWERS TO FIRST SET OF INTERROGATORIES OF DEFENDANT, AIRBUS NORTH AMERICA CUSTOMER SERVICE, INC.

The Plaintiff, FABIANA CASOLARI SERVULO DA CUNHA, as Personal representative of the Estate of CASSIO VIEIRA SERVULO DA CUNHA, deceased, (#52), deceased, hereby serves her answers to Defendant Airbus North America Customer Service, Inc.'s First Set of Interrogatories.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct of the foregoing was mailed this 24th day of April, 2009 to all Counsel on the attached Service List.

        STEVEN C. MARKS
        Fla. Bar No. 516414
        RICARDO M. MARTINEZ-CID
        Fla. Bar No. 383988
        PODHURST ORSECK, P.A.
        City National Bank Building
        25 W. Flagler Street, Suite 800
        Miami, Florida 33130
        Tel: 305-358-2800
        Fax: 305-358-2382
        Attorney for PLAINTIFFS

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346     www.podhurst.com

8. **Estate administration.** Describe in detail the administration of the Passenger's estate and the appointment of all personal representatives, executors, and/or administrators of the Passenger's estate, including but not limited to the following: if the Passenger left a will, provide the date of the will and any codicils thereto, and the names of all beneficiaries; the name and location of each court in which an estate has been opened or a will has been presented for probate, as well as the docket number and date of commencement of such proceeding; the name and location of each court proceeding, and the docket number, by whose authority you or anyone hold appointment as the Passenger's personal representative, executor, or administrator; the date of decree appointing you and/or anyone else as the Passenger's personal representative, executor, or administrator; the name, residence address, and telephone number of any person other than yourself who has, at any time since 17 July 2007, acted or asserted a right to act in any representative capacity for the Decedent or his or her estate in any state or country, and; if there are/were any petitions to compromise any claim against any person arising out of the Passenger's death, state the names of the parties to the compromise and the outcome, if any.

**ANSWER:**

**Fabiana Casolari Servulo da Cunha, is the administrator of the estate. Tribunal de Justica Secao, X Primeira Instancia, Subsecao II, Processo 583.02.2007.144645.**

9. **Choice of law.** If you contend that the laws of a particular U.S. state or foreign country apply to your claim for compensatory damages in this matter, state the following: the U.S. state or foreign country whose law you contend should apply; the facts upon which you rely to support your contention; the statutes and/or case law that provide the basis for your damages claims herein; each element of damages that you claim is recoverable; and the wrongful death act and/or survival statute under which this action is brought.

**ANSWER:**

**Florida law will apply to this lawsuit unless one of the Parties moves the Court for the application of a foreign law and proves that such foreign law applies to this lawsuit and is in conflict with Florida law. Plaintiff has not sought the application of any foreign law.**

Podhurst Orseck, P.A.  7

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346 | www.podhurst.com