# EXHIBIT 15

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                 MIAMI DIVISION

         CASE NO:  08-20838-CIV-COOKE/McALILEY
```

FABIANA CASOLARI SERVULO DA CUNHA
As Personal Representative of the
Estate of CASSIO VIEIRA SERVULO DA
CUNHA, deceased,

    Plaintiff,
v.

TAM LINHAS AEREAS, et al.,

    Defendants.
_____/

                              25 West Flagler Street
                              Suite 800
                              Miami, Florida
                              Thursday, 10:11 - 12:27 p.m.
                              April 30, 2009

    DEPOSITION OF FABIANA CASOLARI SERVULO DA CUNHA

   Taken before Gina Garcia, RPR, CRR, Notary Public in and

for the State of Florida at Large, pursuant to Notice of Taking

Deposition filed in the above cause.

1  Did your husband have a will?
2  A  No.
3  Q  Okay. You mentioned that the estate is being
4  handled in Brazil. Fernando -- I forgot the name.
5  A  Yes.
6  Q  And he was appointed the administrator personal
7  of the estate?
8  A  Yes.
9  Q  Are there any co-administrators? You're not a
10 co-administrator or anything like that, are you?
11     (Whereupon, the question was translated by the
12 interpreter.)
13 A  I think only the other lawyers that work for
14 him in the office.
15 Q  Okay. And in terms of beneficiaries for the
16 estate, just yourself --
17 A  And my kids.
18 Q  And your two sons. And no one else?
19 A  No.
20 Q  Okay. Let's talk about the property of the
21 estate a little bit. Was the condominium -- did you own
22 it jointly at the time so it passed directly to you or is
23 it part of the estate?
24 A  It is part of the estate.
25 Q  It is part of the estate. So it is in his