# EXHIBIT 17

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA


               No. 08-22227-CIV-COOKE/McALILEY

JOSE LUIZ DE ALMEIDA DONA, as
Personal Representative of the
Estate of Melissa Ura Dona
Andrade, deceased,

          Plaintiffs,
vs.

TAM LINHAS AEREAS, et al.,

          Defendants.
_____/

                         25 W. Flagler
                         Miami, Florida
                         June 24, 2009
                         10:00 a.m.


       DEPOSITION OF JOSE LUIZ DE ALMEIDA DONA


   Taken before KIMBERLY A. FONTALVO, REGISTERED

PROFESSIONAL REPORTER and Notary Public for the

State of Florida at Large, pursuant to Notice of

Taking Deposition filed in the above cause.
```

41fc7657-17df-402c-984d-3797de20508b

1   Q.   Was he a citizen of Brazil?
2   A.   Yes.
3   Q.   Did he have citizenship with any other
4   countries?
5   A.   No.
6   Q.   What is the name of his high school?
7   A.   The same schools.
8   Q.   Did he attend college?
9   A.   Yes, UniToledo.
10  Q.   And what did he study there?
11  A.   He graduated as an attorney.
12  Q.   Did he work as an attorney after college?
13  A.   He was beginning to work.  He was
14  interning and he died at that time.
15  Q.   Do you know the name of the employer?
16  A.   Yes.
17  Q.   What is the name?
18  A.   Ecritorio do Advocacia, Dr. Milton Volpe.
19       THE INTERPRETER: E-S-C-R-I-T-O-R-I-O,
20  D-O, A-D-V-O-C-A-C-I-A.  Doctor, M-I-L-T-O-N,
21  V-O-L-P-E.
22  BY MS. ARMENDARIZ
23  Q.   Is Milton Volpe the administrator of
24  Melissa and Andres's estate?
25  A.   No.

41fc7657-17df-402c-984d-3797de20508b

Q. Who is the administrator?
A. Eduardo Barbosa.
Q. Your Brazilian attorney?
A. Yes.
Q. And did Andres attend any postgraduate schools?
A. There wasn't enough time.
Q. Did he have any plans to?
A. Yes.
Q. Do you know how much he made working with Milton Volpe?
A. I don't know.
Q. If you're able to obtain any documents that would show that amount, I'd ask that you provide them to your U.S. attorneys.
A. He was an intern at that time. He had recently graduated.
Q. Are you able to obtain any documents from Milton Volpe regarding that internship?
A. I don't know. I have to ask my attorney about this.
MR. RASCO: There was document that we provided from Milton Volpe.
MS. ARMENDARIZ: Not just the estate one?
MR. RASCO: It had his letterhead on it.

41fc7657-17df-402c-984d-3797de20508b