EXHIBIT 19

UNITED STATES DISTRICT COURT

Representatives of the Estate of ALANIS UKA
IXINA DE ANDRADE, deceased.

Plaintiff,                                                Plaintiff,

Defendant

# PLAINTIFF'S ANSWERS