# EXHIBIT 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-23314-COOKE/McAliley

ZILMA OTILIA DOS SANTOS and ZENAIDE
OTILIA DOS SANTOS, as Co-Personal
Representatives of the Estate of ZENILDA
OTILIA DOS SANTOS, deceased,

      Plaintiff,

vs.

TAM LINHAS AÉREAS, et al.,

      Defendants.

_____

## PLAINTIFFS' ANSWERS
## TO FIRST SET OF INTERROGATORIES
## OF DEFENDANT, AIRBUS SAS

The Plaintiffs ZILMA OTILIA DOS SANTOS and ZENAIDE OTILIA DOS SANTOS, as Co-Personal Representatives of the Estate of ZENILDA OTILIA DOS SANTOS(#61), hereby serve their answers to Defendant Airbus North America Customer Service, Inc.'s First Set of Interrogatories.

**WE HEREBY CERTIFY** that a true and correct of the foregoing was mailed this 18th day of June, 2009 to all Counsel on the attached Service List.

                                                    _____
                                                  STEVEN C. MARKS
                                                  Fla. Bar No. 516414
                                                  RICARDO M. MARTINEZ- CID
                                                  Fla. Bar No. 383988
                                                  PODHURST ORSECK, P.A.
                                                  City National Bank Building
                                                  25 W. Flagler Street, Suite 800
                                                  Miami, Florida 33130
                                                  Tel: 305-358-2800
                                                  Fax: 305-358-2382
                                                  Attorney for PLAINTIFFS

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346  |  www.podhurst.com

CASE NO. 08-23314-COOKE/McAliley

dates that the child lived with each such person(s)); and whether any orders have been entered affecting the parent/child relationship between the Passenger and the child.

**ANSWER:**

**Plaintiffs refer Defendant to Answer #1. Decedent's children lived with their parents since birth – they were both minors.**

8. **Estate administration.** Describe in detail the administration of the Passenger's estate and the appointment of all personal representatives, executors, and/or administrators of the Passenger's estate, including but not limited to the following: if the Passenger left a will, provide the date of the will and any codicils thereto, and the names of all beneficiaries; the name and location of each court in which an estate has been opened or a will has been presented for probate, as well as the docket number and date of commencement of such proceeding; the name and location of each court proceeding, and the docket number, by whose authority you or anyone hold appointment as the Passenger's personal representative, executor, or administrator; the date of decree appointing you and/or anyone else as the Passenger's personal representative, executor, or administrator; the name, residence address, and telephone number of any person other than yourself who has, at any time since 17 July 2007, acted or asserted a right to act in any representative capacity for the Decedent or his or her estate in any state or country, and; if there are/were any petitions to compromise any claim against any person arising out of the Passenger's death, state the names of the parties to the compromise and the outcome, if any.

**ANSWER:**

**Zilma Otilia dos Santos and Zenaide Otilia dos Santos, sisters of the decedent were appointed Co-Personal Representatives. The Decedent did not leave a Will or Testament.**

9. **Choice of law.** If you contend that the laws of a particular U.S. state or foreign country apply to your claim for compensatory damages in this matter, state the following: the U.S. state or foreign country whose law you contend should apply; the facts upon which you rely to support your contention; the statutes and/or case law that provide the basis for your damages claims herein; each element of damages that you claim is recoverable; and the wrongful death act and/or survival statute under which this action is brought.

**ANSWER:**

**Florida law will apply to this lawsuit unless one of the Parties moves the Court for the application of a foreign law and proves that such foreign law applies to this lawsuit and is in conflict with Florida law. Plaintiffs have not sought the application of any foreign law.**

-6-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com