# EXHIBIT 21

```
      IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF FLORIDA


              Case No.:  08-23434-CIV-COOKE/McALILEY


ROBERTO TAZOE, as
Personal Representative of the Estate of
RICARDO TAZOE, deceased, et al.,

       Plaintiffs,

vs.

AIRBUS S.A.S.,

       Defendant.
_____/

                         25 West Flagler Street
                         Suite 800
                         Miami, Florida
                         Wednesday, June 24, 2009
                         2:22 - 4:42 p.m.


       DEPOSITION OF ZENAIDE OTILIA DOS SANTOS
```

Taken before Gina Garcia, Registered Professional Reporter, Certified Realtime Reporter and Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above case.

1  Brazil?
2       A    Yes, it was open.
3       Q    Okay.  And is it still open?
4       A    Yes.
5       Q    Okay.  Has a probate or estate been open in any
6  other place besides Brazil?
7       A    No, only in Brazil.
8       Q    Okay.  And who was the administrator or person
9  in charge of the estate?
10      A    The lawyer, Maria Lucia Paiva.
11           MR. MARTINEZ-CID:  Object to form of the
12      question.
13 BY MR. BRAY:
14      Q    I'll try to clarify here.  Besides the lawyer
15 who is handling it for you, is there some member of your
16 family who is the administrator or person in charge of
17 making decisions for the estate?
18      A    It's the brother of my brother-in-law.
19      Q    Okay.  He is in charge of your sister,
20 Zenilda's estate also?
21           INTERPRETER:  Excuse me, could you repeat?
22 BY MR. BRAY:
23      Q    Yes.  Is he in charge of Zenilda's estate also?
24      A    No, he's responsible only for the estate.
25      Q    Okay.  Do you know if your sister's estate has