# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20813-CIV-COOKE/MCALILEY

MILTON MOLLER FILHO, AS
PERSONAL REPRESENTATIVE
OF THE ESTATE OF REMY VICTORIA MOLLER,
DECEASED,

    Plaintiff,

-vs-

TAM LINHAS AEREAS, ET AL.,

    Defendants.
_____/

DEPOSITION OF MILTON MOLLER FILHO

June 17, 2009
10:00 a.m. - 3:00 p.m.

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida

Taken before W. THOMAS HUGHES, RPR, RMR, RDR, CRR, FPR, and Notary Public in and for the State of Florida at large, pursuant to Notice of Taking Deposition.

1  or Florida?
2  A.  No. Well, Dr. Fogaca lived in the
3  United States a few years ago for a few years.
4  Q.  Not while he was treating you?
5  A.  No.
6  Q.  All the time Dr. Fogaca is treating you, he
7  was located in Brazil; is that correct?
8  A.  Yes, that's right.
9  Q.  So all of your doctors are located in Brazil?
10 A.  Yes.
11 Q.  And all of the doctors you've seen are
12 located in Brazil?
13 A.  Yes.
14 Q.  Are all of your financial records located in
15 Brazil?
16 A.  Yes.
17 Q.  Are any located in the U.S. or Florida?
18 A.  No.
19 Q.  Do you have any bank accounts in the
20 United States?
21 A.  No.
22 Q.  Did your mother have a will?
23 A.  No.
24 Q.  Are you the administrator of your mother's
25 estate?

1     A.   No. That's my eldest sister Luna.
2     Q.   You are not the administrator of your
3 mother's estate; is that correct?
4     A.   That's correct.
5     Q.   Luna is the administrator of your mother's
6 estate; is that correct?
7     A.   Yes.
8     Q.   Are there any co-administrators?
9     A.   Not that I know of.
10     Q.   Did you assist in administering your mother's
11 estate?
12     A.   No.
13     Q.   Is your mother's estate being administered in
14 Brazil?
15     A.   Yes.
16     Q.   Was any part of the estate handled in the
17 U.S.?
18     A.   No.
19     Q.   Are all of the documents concerning the
20 probate of your mother's estate located in Brazil?
21     A.   Yes.
22     Q.   Do you know who are the named beneficiaries
23 of your mother's estate?
24     A.   I, myself, and my two sisters.
25     Q.   Do you know if the estate of your mother has