# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20844 CIV-COOKE-MCALILEY

ROGER DA VICTORIA DE FONSECA,
as personal representative of the Estate of
CARMEN LUISA VICTORIA DE FONSECA, deceased,

                Plaintiffs,

vs.

TAM LINHAS AEREAS, et al,

                Defendants.
_____X

        25 West Flagler Street
        Miami, Florida
        Wednesday, June 24, 2009
        10:20 a.m. - 3:15 p.m

     DEPOSITION OF ROGER VICTORIA DA FONSECA

     Taken before RANDI GARCIA, Registered Professional Reporter, Court Reporter and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

11:12:47  1   Q   You are the personal representative here
2   for Deolinda?
3   A   Yes.
4   Q   Are you also the personal representative
5   for Carmen Luisa?
6   A   Yes.
7   Q   Who is the personal representative in
8   Brazil for the Deolinda estate?
9   A   Carmen Cerise Victoria Da Fonseca.
10  Q   Who is the personal representative for
11  Carmen Luisa's estate in Brazil?
12  A   I don't remember.
13  Q   Why are there different personal
14  representatives here and in Brazil?
15      MS. MAHARBIZ:  To the extent he knows.
16      THE WITNESS:  It's because at the time of
17  the accident the family was divided.  There are
18  some people in Sao Paolo and some people in
19  Velotas.  I remain Sao Paolo in contact with
20  the attorneys of Podhurst.  And Carmen stayed
21  in Velotas with the local or the Brazilian
22  attorney.
23      This whole thing happened because Carmen
24  Marion could not remain, stay by herself.
25  Q   What is the name of the counsel in Brazil?