# EXHIBIT 27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-23290-COOKE/McAliley

ANDREA GONCALVES MENDES
OGUIDO and REGIANY CRISTINA LULIO,
as Co-Personal Representatives of the Estate of
MARCIO ROGERIO DE ANDRADE, deceased,

    Plaintiffs,

vs.

TAM LINHAS AÉREAS, et al.,

    Defendants.

_____

## PLAINTIFFS' ANSWERS TO FIRST SET OF INTERROGATORIES OF DEFENDANT, AIRBUS SAS

The Plaintiffs, ANDREA GONCALVES MENDES OGUIDO and REGIANY CRISTINA LULIO, as Co-Personal Representatives of the Estate of MARCIO ROGERIO DE ANDRADE, deceased (#27), hereby serve their answers to Defendant Airbus SAS's First Set of Interrogatories.

**WE HEREBY CERTIFY** that a true and correct of the foregoing was mailed this 2nd day of July, 2009 to all Counsel on the attached Service List.

_____
STEVEN C. MARKS
Fla. Bar No. 516414
RICARDO M. MARTINEZ- CID
Fla. Bar No. 383988
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, Florida 33130
Tel: 305-358-2800
Fax: 305-358-2382
Attorney for PLAINTIFFS

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346 | www.podhurst.com

CASE NO. 08-23314-COOKE/McAliley

**ANSWER:**

**Decedent was married to Melissa Ura Dona Andrade on October 13, 2001 in Birigui – SP, Brazil. They had a daughter named Alanis who also died in the same plane crash.**

7. **Passenger's children.** Identify all natural and adopted children (regardless of whether a child has reached the age of majority) of the Passenger, and for each child state the following: full name; date and place of birth; if the child is Passenger's issue, the legal name of the other natural parent; if the child is adopted, the date and place of adoption; dates during which the child lived with the Passenger; current residence address and full name and relationship of all persons with whom the child is currently living; the child's residence address on 17 July 2007; full name and relationship of all persons with whom the child was living during the years 2002 through 2007 (including the dates that the child lived with each such person(s)); and whether any orders have been entered affecting the parent/child relationship between the Passenger and the child.

**ANSWER:**

**Isabella Lulio de Andrade, daughter of decedent and Regiany Cristina Lulio, born February 13, 1993, in Santa Casa, Cidade de Monte Aprazivel, Sao Paulo, Brazil.**

**Marcella Mendes Oguido D' Andrade, daughter of decedent and Andrea Goncalves Mendes Oguido, born August 29, 1995, in Londrina - PR., Brazil.**

**Alanis Ura Dona de Andrde, daughter of decedent and Melissa Ura Dona, born June 6, 2005. Address was Rua Aurora n: 1592, Bairro Isabel Marin, Birigui/SP, Brazil. She lived with her parents who also died in the same accident.**

8. **Estate administration.** Describe in detail the administration of the Passenger's estate and the appointment of all personal representatives, executors, and/or administrators of the Passenger's estate, including but not limited to the following: if the Passenger left a will, provide the date of the will and any codicils thereto, and the names of all beneficiaries; the name and location of each court in which an estate has been opened or a will has been presented for probate, as well as the docket number and date of commencement of such proceeding; the name and location of each court proceeding, and the docket number, by whose authority you or anyone hold appointment as the Passenger's personal representative, executor, or administrator; the date of decree appointing you and/or anyone else as the Passenger's personal representative, executor, or administrator; the name, residence address, and telephone number of any person other than yourself who has, at any time since 17 July 2007, acted or asserted a right to act in any representative capacity for the Decedent or his or her estate in any state or country,

-6-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

CASE NO. 08-23314-COOKE/McAliley

and; if there are/were any petitions to compromise any claim against any person arising out of the Passenger's death, state the names of the parties to the compromise and the outcome, if any.

**ANSWER:**

**The Estate was opened by Attorney Milton Volpe Address Rua Padre Geraldo Goseling, 752 Birigui/SP, Brazil, Telephone (18) 3642-6703. It was settled on October 23, 2007. The decedent did not leave a will or last testament.**

9. **Choice of law.** If you contend that the laws of a particular U.S. state or foreign country apply to your claim for compensatory damages in this matter, state the following: the U.S. state or foreign country whose law you contend should apply; the facts upon which you rely to support your contention; the statutes and/or case law that provide the basis for your damages claims herein; each element of damages that you claim is recoverable; and the wrongful death act and/or survival statute under which this action is brought.

**ANSWER:**

**Florida law will apply to this lawsuit unless one of the Parties moves the Court for the application of a foreign law and proves that such foreign law applies to this lawsuit and is in conflict with Florida law. Plaintiffs have not sought the application of any foreign law.**

10. **Value of Passenger's estate.** If a claim is being made for loss of inheritance, loss of net accumulations, or the equivalent, list and provide the estimated value of all assets held or owned by the Passenger at the time of death, including but not limited to real estate, motor vehicles, boats, vessels, securities, stocks, bank and savings accounts, jewelry, and other personal property.

**ANSWER:**

**Plaintiffs have not yet calculated or made a full determination of the economic damages sustained, but it is anticipated that experts will be retained and provide this information in timely expert disclosures pursuant to the Court's trial order.**

11. **Economic damages.** Describe in detail all claims for pecuniary loss (including but not limited to funeral and burial expenses, loss of inheritance, loss of net accumulations, loss of household or other services, loss of parental nurture, care, and guidance, loss of support, etc.) alleged to be a result of Passenger's death. Include a description of the type and nature of loss; amount of loss; identification of each Claimant claiming the loss and the amount claimed by that Claimant; and complete details of the methods used to

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346    www.podhurst.com