# EXHIBIT 28

```
     IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF FLORIDA

     CASE NO. 08-23434-CIV-COOKE/McALILEY
```

ROBERTO TAZOE, as personal representative
of the estate of RICARDO TAZOE, deceased,

        Plaintiff,

   vs.

TAM LINHAS AEREAS, et al.,

        Defendants.

_____

      Podhurst Orseck, P.A.
     25 West Flagler Street
        Suite 800
       Miami, Florida
       July 6th, 2009
     10:20 o'clock, A.M.

DEPOSITION

OF

REGIANY CRISTINE LULIO

1   in Florida or the U.S.?
2       A.   No.
3       Q.   Are all Isabella's financial records
4   located in Brazil?
5       A.   Yes.
6       Q.   Are any of her financial records located
7   in the U.S. or Florida?
8       A.   No.
9       Q.   Do you have any bank accounts in the U.S.
10  or Florida?
11      A.   No.
12      Q.   Does Isabella have any bank accounts in
13  the U.S. or Florida?
14      A.   No.
15      Q.   Are all of your and Isabella's bank
16  accounts in Brazil?
17      A.   Yes.
18      Q.   Did Marcio have a will?
19      A.   No, he did not leave a will.
20      Q.   Are you or were you the administrator of
21  Marcio's estate?
22      A.   No.
23      Q.   Who is the administrator?
24      A.   Marilda Ura Dona, his mother-in-law, is
25  the administrator.

1  Q.  Did you help in administering Marcio's
2 estate?
3  A.  No.
4  Q.  Was the estate administered in Brazil?
5  A.  Yes.
6  Q.  Was any part of Marcio's estate handled
7 in the U.S.?
8  A.  Not to my knowledge.
9  Q.  Are all the documents concerning the
10 probate of Marcio's estate located in Brazil?
11  A.  Yes.
12  Q.  Who are the named beneficiaries of
13 Marcio's estate?
14  A.  Could you repeat, please?
15  Q.  Who are the named beneficiaries of
16 Marcio's estate?
17  A.  That I know of, Marilda, Marcela's mom;
18 her father, Jose Luiz; and Isabella.
19      MR. RASCO:  For the record, I'm going to
20 object to the question in that it calls for a legal
21 conclusion.  I don't think there are any named
22 beneficiaries since there wasn't a will.
23 BY MS. McGUIRE:
24  Q.  Do you know if Marcela was also a
25 beneficiary of Marcio's estate?