# EXHIBIT 30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20827-CIV-COOKE-McALILEY

SERGIO LUIS MATTEDI, and SANDRA REGINA PALOMINO, as
Co-Personal Representatives of the Estate of LUCAS
PALOMINO MATTEDI, deceased,

        Plaintiff,

  v.

TAM LINHAS AERAS, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - -x

        25 West Flagler Street
        Miami, Florida
        July 6, 2009
        10:00 a.m. - 12:20 p.m.

      DEPOSITION OF SERGIO LUIS MATTEDI

     Taken before DINA AMATO, Certified Shorthand
Reporter, and Notary Public for the State of Florida
at Large, pursuant to Notice of Taking Deposition
filed in the above cause.

1  Q. Has an estate or probate been opened for
2  his property in Brazil?
3  A. Yes, yes.
4  Q. And who is the administrator or person in
5  charge of the estate?
6  A. His mother.
7  Q. Sandra?
8  A. Sandra, yes.
9  Q. Have you played any role in the
10 administration of the estate?
11 A. No, no.
12     MR. MARTINEZ-CID: Can we take a short
13  break?
14     MR. BRAY: Yeah.
15          (SHORT BREAK)
16 Q. Did your son, Lucas, have any life
17 insurance policies?
18 A. Yes.
19 Q. Have those policies paid out since the
20 accident?
21 A. If the insurance was paid?
22 Q. Yes.
23 A. Yes.
24 Q. And did you yourself receive any money from
25 those policies?