# EXHIBIT 32

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA


              No. 08-20794-CIV-COOKE/McALILEY

ALITA DOROTI NEGRETTO,
as Personal Representative of
the Estate of CASSIA NEGRETTO,
deceased,
              Plaintiffs,

vs.

TAM LINHAS AEREAS, et al.,

              Defendants.
_____/

                        25 W. Flagler
                        Miami, Florida
                        June 25 2009
                        10:15 a.m.



         DEPOSITION OF ALITA DOROTI NEGRETTO


    Taken before KIMBERLY A. FONTALVO, REGISTERED

PROFESSIONAL REPORTER and Notary Public for the

State of Florida at Large, pursuant to Notice of

Taking Deposition filed in the above cause.
```

1  A. No.
2  Q. Has an estate or a probate been opened for
3  her in Brazil?
4  A. I don't know. I really don't know.
5  Q. So you wouldn't know if you're the
6  administrator of the estate?
7  A. No. The ones who took care of this
8  financial aspect for her were my boys, my sons.
9  Q. So I can ask your son about that this
10 afternoon?
11 A. Yes.
12 Q. Tell me about property that your daughter
13 had.
14    Did she own her apartment where she was
15 living at the time of the accident?
16 A. No.
17 Q. So she was just leasing a place?
18 A. She only had a car, a small car.
19    MR. MARTINEZ-CID: What is it that he
20    asked?
21    THE INTERPRETER: You asked about her
22    assets?
23 BY MR. BRAY
24 Q. We'll go back.
25    At the time of the accident, was your

Veritext/Florida Reporting Co.
Serving the State of Florida (305) 376-8800

f3cc4d4f-5ce8-45ea-ab42-4cb88cd49217