# EXHIBIT 33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-20794-CIV-COOKE/McAliley

ALITA DOROTI NEGRETTO, as Personal Representative
of the Estate of CASSIA NEGRETTO,
deceased

        Plaintiff,

VS.

TAM LINHAS AEREAS, et al
        Defendant.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X

                25 West Flagler Street
                Miami, Florida
                June 25, 2009
                1:13 p.m. - 2:55 p.m.

DEPOSITION OF FABRICIO NEGRETTO

    Taken before Suzanne Vitale, Shorthand

Reporter and Notary Public for the State of Florida at

Large, pursuant to a Notice of Taking Deposition filed

in the above cause.

1  accident.
2       Q    Did she smoke tobacco?
3       A    No.
4       Q    Did she drink alcohol?
5       A    No.
6       Q    Did your sister have a will?
7       A    No.
8       Q    Do you know if there's an estate or a
9  probate has been opened for her in Brazil?
10      A    What do you mean by the estate?
11      Q    It's a legal proceeding to handle her
12 property that was left and then dispense it to the
13 heirs.
14      A    Yes, it was probated.
15      Q    Is that process complete?
16      A    Whatever she had listed there, it was
17 transferred to my mother, but the procedure itself is
18 still running.
19      Q    Okay.  Do you have an attorney handling
20 that for you in Brazil?
21      A    Yes, I do.
22      Q    Is there one of your family members who is
23 the administrator or the person in charge of the
24 estate?
25      A    Yes.

03a753bc-0945-4ef0-b263-956211556d95

1   Q   Who is that?
2   A   My brother -- myself and my brother, the
3   two of us.
4   Q   So you're co-administrators?
5   A   That's right.
6   Q   Do you know if your sister's estate has
7   received any income from this lawsuit?
8   A   You mean the one referring to Airbus?
9   Q   Well, the overall lawsuit that was against
10  Airbus and Tam and a number of defendants?
11  A   Yes.
12  Q   Yes, they have received income?
13  A   Yes, they did.
14  Q   Tell me, as part of the estate, has there
15  been a document prepared that lists the assets of the
16  estate?
17  A   Well, she only had two assets.
18  Q   And what were those?
19  A   It's an amount in cash deposited to the
20  bank and a vehicle.
21  Q   The cash in the bank, was that a bank
22  account in Brazil?
23  A   Yes.
24  Q   And did your sister have any bank accounts
25  outside of Brazil?

03a753bc-0945-4ef0-b263-956211556d95