# EXHIBIT 34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20831-COOKE/McAliley

ENI TEREZINHA FLECK DE PAULA
PESSOA and JOSE MANOEL
ALBUQUERQUE DE PAULA PESSOA, as
Co-Personal Representatives of the Estate of
FERNANDO FLECK DE PAULA PESSOA,
deceased,

    Plaintiffs,

vs.

TAM LINHAS AÉREAS, et al.,

    Defendants.

_____

**PLAINTIFFS' ANSWERS TO FIRST SET OF INTERROGATORIES
OF DEFENDANT, AIRBUS NORTH AMERICA CUSTOMER SERVICE, INC.**

The Plaintiffs, ENI TEREZINHA FLECK DE PAULA PESSOA and JOSE MANOEL ALBUQUERQUE DE PAULA PESSOA, as Co-Personal Representatives of the Estate of FERNANDO FLECK DE PAULA PESSOA, deceased (#59), hereby serve their answers to Defendant Airbus North America Customer Service, Inc.'s First Set of Interrogatories.

**WE HEREBY CERTIFY** that a true and correct of the foregoing was mailed this 17 day of June, 2009 to all Counsel on the attached Service List.

_____
STEVEN C. MARKS
Fla. Bar No. 516414
RICARDO M. MARTINEZ- CID
Fla. Bar No. 383988
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, Florida 33130
Tel: 305-358-2800 / Fax: 305-358-2382
Attorney for PLAINTIFFS

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

**ANSWER:**

**Decedent was never married.**

7. **Passenger's children.** Identify all natural and adopted children (regardless of whether a child has reached the age of majority) of the Passenger, and for each child state the following: full name; date and place of birth; if the child is Passenger's issue, the legal name of the other natural parent; if the child is adopted, the date and place of adoption; dates during which the child lived with the Passenger; current residence address and full name and relationship of all persons with whom the child is currently living; the child's residence address on 17 July 2007; full name and relationship of all persons with whom the child was living during the years 2002 through 2007 (including the dates that the child lived with each such person(s)); and whether any orders have been entered affecting the parent/child relationship between the Passenger and the child.

**ANSWER:**

**Decedent did not have children.**

8. **Estate administration.** Describe in detail the administration of the Passenger's estate and the appointment of all personal representatives, executors, and/or administrators of the Passenger's estate, including but not limited to the following: if the Passenger left a will, provide the date of the will and any codicils thereto, and the names of all beneficiaries; the name and location of each court in which an estate has been opened or a will has been presented for probate, as well as the docket number and date of commencement of such proceeding; the name and location of each court proceeding, and the docket number, by whose authority you or anyone hold appointment as the Passenger's personal representative, executor, or administrator; the date of decree appointing you and/or anyone else as the Passenger's personal representative, executor, or administrator; the name, residence address, and telephone number of any person other than yourself who has, at any time since 17 July 2007, acted or asserted a right to act in any representative capacity for the Decedent or his or her estate in any state or country, and; if there are/were any petitions to compromise any claim against any person arising out of the Passenger's death, state the names of the parties to the compromise and the outcome, if any.

**ANSWER:**

**The Decedent did not leave a Will or Testament.**

9. **Choice of law.** If you contend that the laws of a particular U.S. state or foreign country apply to your claim for compensatory damages in this matter, state the following: the U.S. state or foreign country whose law you contend should apply; the facts upon which you rely to support your contention; the statutes and/or case law that provide the basis for your damages claims herein; each

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346 | www.podhurst.com