11:43:51

1    Q    Has an estate or probate been opened for

2    Fernando in Brazil?

3    A    No.

4    Q    Do you plan to open an estate or probate

5    for Fernando at some point in the future?

6    A    Maybe.

7    Q    Did Fernando own any property or homes or

8    anything like that?

9    A    No.

10   Q    Did he own a car?

11   A    No.

12   Q    Did he have his own bank accounts and

13   savings accounts?

14   A    Yes.

15   Q    And what has happened to those accounts

16   since the accident?

17   A    I closed one of his accounts.

18   Q    Are there still any accounts open in his

19   name?

20   A    No.

21   Q    Did Fernando have any bank accounts or any

22   type of financial accounts outside of Brazil?

23   A    No.

24   Q    How about you, do you have any bank

25   accounts, investments or any type of financial

0e0ec990-a94c-476f-8b1a-4de223fb1b39