# EXHIBIT 36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20828-CIV-COOKE/BANDSTRA

LUIS ANTONIO DE CARVALHO SALCEDO
and CLEIA ROSA CASAGRANDE SALCELDO,
as Co-Personal Representatives of the Estate of
DIOGO CASAGRANDE SALCEDO, deceased,

    Plaintiff,

vs.

TAM LINHAS AÉREAS, et al.,

    Defendants.

## PLAINTIFFS' AMENDED ANSWERS TO FIRST SET OF INTERROGATORIES OF DEFENDANT, AIRBUS NORTH AMERICA CUSTOMER SERVICE, INC.

The Plaintiffs, LUIS ANTONIO DE CARVALHO SALCEDO and CLEIA ROSA CASAGRANDE SALCEDA (#10), as Co-Personal Representatives of the Estate of DIOGO CASAGRANDE SALCEDO, deceased, hereby serve their answers to Defendant Airbus North America Customer Service, Inc.'s First Set of Interrogatories.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct of the foregoing was mailed this 8th day of April, 2009 to all Counsel on the attached Service List.

STEVEN C. MARKS
Fla. Bar No. 516414
RICARDO M. MARTINEZ- CID
Fla. Bar No. 383988
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, Florida 33130
Tel: 305-358-2800
Fax: 305-358-2382
Attorney for PLAINTIFFS

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346 | www.podhurst.com

CASE NO. 08-20828-CIV-COOKE/BANDSTRA

6. **Passenger's marital history.** Describe the Passenger's complete marital history, including the name and address of the Passenger's spouse at the time of the Accident, if any; the name and address of the Passenger's former spouse(s), if any; the dates and places of each marriage ceremony, if applicable; the manner in which the marriage ended (e.g, annulment, divorce, or death); and the names and birth dates of any children from each union.

   ANSWER:

   **Passenger was not married. He lived with his parents.**

7. **Passenger's children.** Identify all natural and adopted children (regardless of whether a child has reached the age of majority) of the Passenger, and for each child state the following: full name; date and place of birth; if the child is Passenger's issue, the legal name of the other natural parent; if the child is adopted, the date and place of adoption; dates during which the child lived with the Passenger; current residence address and full name and relationship of all persons with whom the child is currently living; the child's residence address on 17 July 2007; full name and relationship of all persons with whom the child was living during the years 2002 through 2007 (including the dates that the child lived with each such person(s)); and whether any orders have been entered affecting the parent/child relationship between the Passenger and the child.

   ANSWER:

   **Decedent did not have any children.**

8. **Estate administration.** Describe in detail the administration of the Passenger's estate and the appointment of all personal representatives, executors, and/or administrators of the Passenger's estate, including but not limited to the following: if the Passenger left a will, provide the date of the will and any codicils thereto, and the names of all beneficiaries; the name and location of each court in which an estate has been opened or a will has been presented for probate, as well as the docket number and date of commencement of such proceeding; the name and location of each court proceeding, and the docket number, by whose authority you or anyone hold appointment as the Passenger's personal representative, executor, or administrator; the date of decree appointing you and/or anyone else as the Passenger's personal representative, executor, or administrator; the name, residence address, and telephone number of any person other than yourself who has, at any time since 17 July 2007, acted or asserted a right to act in any representative capacity for the Decedent or his or her estate in any state or country, and; if there are/were any petitions to compromise any claim against any person arising out of the Passenger's death, state the names of the parties to the compromise and the outcome, if any.

   ANSWER:

   **The Passenger died without having left a Will or Testament. The Administrator of his estate is Luiz Antonio de Carvalho Salcedo.**

Podhurst Orseck, P.A.                                6

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com