# EXHIBIT 37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20828-CIV-COOKE/McALILEY

LUIZ ANTONIO DE CARVALHO SALCEDO
and CLEIA ROSA CASAGRANDE SALCEDO,
as Personal Representatives of the
Estate of DIOGO CASAGRANDE SALCEDO,
Deceased,

        Plaintiffs,

vs.

TAM LINHAS AEREAS, et al.,

        Defendants.

- - - - - - - - - - - - - - - - x

                25 West Flagler Street
                Suite 800
                Miami, Florida
                Tuesday, May 5, 2009
                2:33 p.m. - 3:27 p.m.

DEPOSITION OF CLEIA ROSA CASAGRANDE SALCEDO

      Taken before Donald W. McKay, RMR, CRR, a
Notary Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above-styled cause.

13c55c0f-7159-438e-8aa6-7cdca2909037

¹ Amended Answers to First Set of Interrogatories of
² Defendant Airbus North America.  And I would ask you,
³ Ms. Salcedo, to take a moment to review that document.
⁴     A.  About this document, the first thing is that
⁵ my husband's name is written with a Z, not with an S.
⁶ And I need to make a correction about one of my
⁷ husband's answers about the inventory of Diogo.  The
⁸ inventory is open and will remain open until such a
⁹ time as this case has been resolved in the United
¹⁰ States.
¹¹     Q.  Ms. Salcedo, are you familiar with this
¹² document?  Have you seen it before?
¹³     A.  I don't remember.
¹⁴     MR. MARKS:  That's okay.
¹⁵ BY MR. LORENZO-MESA:
¹⁶     Q.  Ms. Salcedo, are you the co-personal
¹⁷ representative of the estate of Diogo Casagrande
¹⁸ Salcedo?
¹⁹     A.  No.  The only representative is Luiz Antonio
²⁰ Carvalho Salcedo.
²¹     Q.  So the reference on the top of CRS-2, where
²² it's represented that you're the co-personal
²³ representative, is incorrect.  Is that right?
²⁴     MR. MARKS:  It's okay.
²⁵     THE WITNESS:  Yes.