# EXHIBIT 39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20782-CIV-COOKE/MCALILEY


EVANDRO SANTOS, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
MARLI PEDRO DOS SANTOS, DECEASED,

        Plaintiff,

-vs-

TAM LINHAS AEREAS, ET AL.,

        Defendants.
_____/


DEPOSITION OF EVANDRO SANTOS


July 14, 2009
2:15 p.m. - 5:00 p.m.

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida



Taken before W. THOMAS HUGHES, RPR, RMR,

RDR, CRR, FPR, and Notary Public in and for the State

of Florida at large, pursuant to Notice of Taking

Deposition.

1    A.    Gathering documents, speaking to the

2  attorneys.

3    Q.    Has the estate of your mother been closed as

4  of yet?

5    A.    No.

6    Q.    Is the estate of your mother being

7  administered in Brazil?

8    A.    The process?

9    Q.    Right.  Is the administration of your

10  mother's estate in Brazil?

11    A.    Yes.

12    Q.    Was any part of your mother's estate handled

13  here in the U.S.?

14    A.    I don't think so.

15    Q.    Are all of the documents concerning the

16  probate of your mother's estate located in Brazil?

17    A.    I believe so.

18    Q.    Who are the beneficiaries of your mother's

19  estate?

20    A.    Up to where I know, my brother, myself, and

21  my father.

22    Q.    Besides TAM, have you personally received any

23  money from anyone as a result of the accident?

24    A.    Yes.

25    Q.    Who?

831461c4-bb28-4db8-a03e-ece1a8aee8e3

1    A.    From the company where my mom used to work
2  and the insurance from the bank.
3    Q.    Which company did she work for?
4    A.    Microsiga, M-I-C-R-O-S-I-G-A.
5    Q.    And how much money did you receive from her
6  company?
7    A.    Around 15,000 reais.
8    Q.    Total or you receive that every month?
9    A.    Total.
10    Q.    So you received it already?
11    A.    Yes.
12    Q.    And you said you've also received money from
13  the insurance, correct?
14    A.    Yes.
15    Q.    Have you received money from anyone else
16  besides the company your mother worked for, besides
17  from TAM and besides from the insurance as a result of
18  the accident?
19    A.    I received a pension for a while paid by the
20  government for my mother's retirement.
21    Q.    Do you still currently receive the pension?
22    A.    No.
23    Q.    How much did you receive from the pension?
24    A.    I received around 1,000 reais a month.
25    Q.    How long did you receive the pension for?

831461c4-bb28-4db8-a03e-ece1a8aee8e3