# EXHIBIT 43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20808-CIV-COOKE/BANDSTRA

CARMEN DORA AMORETTY SOUZA, as Personal
Representative of the Estate of PAULO ROGERIO
AMORETTY SOUZA,

    Plaintiff,

      vs.

TAM LINHAS AEREAS, et al.,

    Defendants.
-----------------------------------------------x

DEPOSITION OF CARMEN DORA AMORETTY SOUZA

Monday, May 4, 2009
2:12 p.m. - 4:00 p.m.

PODHURST ORSECK JOSEFSBERG
25 West Flagler Street
Suite 800 City National Building
Miami, Florida 33130

Reported by: Sherilynn McKay, RMR, CRR
Notary Public, State of Florida

1  A  Because when the accident came I hadn't
2 recovered yet from the surgery. I was in the process of
3 recovery. I cried a lot, then my eyes became all
4 swollen.
5  Q  After your procedure, did you go home from the
6 hospital, or did you go to some sort of like halfway
7 place?
8  A  I went home.
9  Q  Did you have a nurse to take care of you?
10  A  No.
11  Q  Did you have to go into the hospital as part of
12 your recovery? Did you have to go back to the hospital?
13  A  No.
14  Q  Did your husband have a testament, a will?
15  A  No.
16  Q  I understand from the depositions of your sons
17 that you're in the process of, I guess, handling the
18 estate of your husband?
19  A  My son Marcelo who administers the estate.
20  Q  Are your husband's brothers aware of the estate
21 being administered by your son?
22  A  Yes.
23  Q  Have they made any claim for any of your
24 husband's property?
25  A  In Brazil they don't have any right to the

1 property.
2 Q Just your sons and you?
3 A Yes. I have half of what would have been my
4 husband's, and my children are heirs.
5 Q And there's no one else that you know of that
6 would be an heir?
7 A No.
8 Q One of your sons had talked about various bank
9 accounts that your husband had.
10 A Yes.
11 Q Did your son know more about the bank accounts
12 than you?
13 A No.
14 Q Are there any other bank accounts that you know
15 of?
16 A He had joint accounts with me, my husband. As
17 far as -- I wasn't on the accounts that had to do with
18 the office.
19 Q The accounts that your name was on, those are
20 all Brazilian bank accounts?
21 A Yes, all of them, all Brazil bank accounts.
22 Q As a result of your husband's death, are you
23 receiving any money from anywhere outside of Brazil?
24 A No.
25 Q Your son Marcelo had spoken about a beach