# EXHIBIT 47

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20819-COOKE/McAliley

IRENICE MARIA DA CUNHA SOUZA, as
Personal Representative of the Estate of
CAIO FELIPE SANTOS DA CUNHA, deceased,

    Plaintiff,

vs.

TAM LINHAS AÉREAS, et al.,

    Defendants.

_____

## PLAINTIFF'S ANSWERS
## TO FIRST SET OF INTERROGATORIES
## OF DEFENDANT, AIRBUS NORTH AMERICA CUSTOMER SERVICE, INC.

The Plaintiff IRENICE MARIA DA CUNHA SOUZA, as Personal Representative of the Estate of CAIO FELIPE SANTOS DA CUNHA, deceased (#62), hereby serves her answers to Defendant Airbus North America Customer Service, Inc.'s First Set of Interrogatories.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct of the foregoing was mailed this 18th day of June, 2009 to all Counsel on the attached Service List.

                                                                STEVEN C. MARKS
                                                                Fla. Bar No. 516414
                                                                RICARDO M. MARTINEZ- CID
                                                                Fla. Bar No. 383988
                                                                PODHURST ORSECK, P.A.
                                                                City National Bank Building
                                                                25 W. Flagler Street, Suite 800
                                                                Miami, Florida 33130
                                                                Tel:  305-358-2800
                                                                Fax:  305-358-2382
                                                                Attorney for PLAINTIFFS

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com

CASE NO. 08-20819-COOKE/McAliley

**ANSWER:**

**The decedent was enrolled at the Centro de Educacao Integrada (CEI) at the time of the accident where he was in his 7th course.**

6. **Passenger's marital history.** Describe the Passenger's complete marital history, including the name and address of the Passenger's spouse at the time of the Accident, if any; the name and address of the Passenger's former spouse(s), if any; the dates and places of each marriage ceremony, if applicable; the manner in which the marriage ended (e.g, annulment, divorce, or death); and the names and birth dates of any children from each union.

**ANSWER:**

**Decedent was not married.**

7. **Passenger's children.** Identify all natural and adopted children (regardless of whether a child has reached the age of majority) of the Passenger, and for each child state the following: full name; date and place of birth; if the child is Passenger's issue, the legal name of the other natural parent; if the child is adopted, the date and place of adoption; dates during which the child lived with the Passenger; current residence address and full name and relationship of all persons with whom the child is currently living; the child's residence address on 17 July 2007; full name and relationship of all persons with whom the child was living during the years 2002 through 2007 (including the dates that the child lived with each such person(s)); and whether any orders have been entered affecting the parent/child relationship between the Passenger and the child.

**ANSWER:**

**Decedent did not have any children.**

8. **Estate administration.** Describe in detail the administration of the Passenger's estate and the appointment of all personal representatives, executors, and/or administrators of the Passenger's estate, including but not limited to the following: if the Passenger left a will, provide the date of the will and any codicils thereto, and the names of all beneficiaries; the name and location of each court in which an estate has been opened or a will has been presented for probate, as well as the docket number and date of commencement of such proceeding; the name and location of each court proceeding, and the docket number, by whose authority you or anyone hold appointment as the Passenger's personal representative, executor, or administrator; the date of decree appointing you and/or anyone else as the Passenger's personal representative, executor, or administrator; the name, residence address, and telephone number of any person other than yourself who has, at any time since 17 July 2007, acted or asserted a right to act in any representative capacity for the Decedent or his or her estate in any state or country, and; if there are/were any petitions to compromise any

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346    www.podhurst.com

claim against any person arising out of the Passenger's death, state the names of the parties to the compromise and the outcome, if any.

### ANSWER:

**Antonio Arrda da Cunha is the Personal Representative of the decedent's estate. The estate was opened in Forum Regional de Santo Amaro, Process Number 150641/2007, on September 10, 2007. The Decedent did not leave a Will or Testament.**

9. **Choice of law.** If you contend that the laws of a particular U.S. state or foreign country apply to your claim for compensatory damages in this matter, state the following: the U.S. state or foreign country whose law you contend should apply; the facts upon which you rely to support your contention; the statutes and/or case law that provide the basis for your damages claims herein; each element of damages that you claim is recoverable; and the wrongful death act and/or survival statute under which this action is brought.

### ANSWER:

**Florida law will apply to this lawsuit unless one of the Parties moves the Court for the application of a foreign law and proves that such foreign law applies to this lawsuit and is in conflict with Florida law. Plaintiff has not sought the application of any foreign law.**

10. **Value of Passenger's estate.** If a claim is being made for loss of inheritance, loss of net accumulations, or the equivalent, list and provide the estimated value of all assets held or owned by the Passenger at the time of death, including but not limited to real estate, motor vehicles, boats, vessels, securities, stocks, bank and savings accounts, jewelry, and other personal property.

### ANSWER:

**Plaintiffs have not yet calculated or made a full determination of the economic damages sustained, but it is anticipated that experts will be retained and provide this information in timely expert disclosures pursuant to the Court's trial order.**

11. **Economic damages.** Describe in detail all claims for pecuniary loss (including but not limited to funeral and burial expenses, loss of inheritance, loss of net accumulations, loss of household or other services, loss of parental nurture, care, and guidance, loss of support, etc.) alleged to be a result of Passenger's death. Include a description of the type and nature of loss; amount of loss; identification of each Claimant claiming the loss and the amount claimed by that Claimant; and complete details of the methods used to compute the total current value of the loss (e.g., work-life expectancy of Passenger, life expectancy of each

-7-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346      www.podhurst.com