# EXHIBIT 49

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA


                 Case No.:  08-20793-CIV-COOKE/McALILEY


CARLOS ROGERIO OUTOR TEIXEIRA, as
Personal Representative of the Estate of
DOUGLAS HENRIQUE OUTOR TEIXEIRA, deceased,

        Plaintiff,

vs.

TAM LINHAS AEREAS, et al.,

        Defendants.
_____/


                         25 West Flagler Street
                         Suite 800
                         Miami, Florida
                         Monday, June 22, 2009
                         10:18 - 12:02 p.m.



     DEPOSITION OF CARLOS ROGERIO OUTOR TEIXEIRA

     Taken before Gina Garcia, Registered Professional Reporter,

Certified Realtime Reporter and Notary Public for the State of

Florida at Large, pursuant to Notice of Taking Deposition filed

in the above case.
```

```
 1      A    No.
 2      Q    Are all of your financial record located in
 3   Brazil?
 4      A    Yes.
 5      Q    Are any of your financial records located in
 6   the U.S. or Florida?
 7      A    No.
 8      Q    Do you have any bank accounts in the U.S.?
 9      A    No.
10      Q    Did your brother Douglas have a will?
11      A    No.
12      Q    Are you the administrator of your brother's
13   estate?
14      A    No, my father is.
15      Q    Was your mother also the administrator of the
16   estate?
17      A    I'm not sure.  I do not know.
18      Q    Did you assist in administering your brother's
19   estate?
20      A    No.
21      Q    Has your brother's estate been opened and
22   closed?
23      A    Yes.
24      Q    Was any part of your brother's estate handled
25   here in the U.S.?
```