# EXHIBIT 50

Yannick Malinge Volume I
30(b)(6) deposition of Airbus S.A.S.

## Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   SOUTHERN DISTRICT OF FLORIDA
3   MIAMI DIVISION
4   ----------------------------------
5   ROBERTO TAZOE, as Personal        )
6   Representative of the Estate of   )
7   RICARDO TAZOE, deceased,          )
8        Plaintiff,        ) Case No.
9        vs.               ) 07-21941-CIV
10  TAM LINHAS AEREAS, AIRBUS S.A.S., ) COOKE/McALILEY
11  AIRBUS INDUSTRIE G.I.E., AIRBUS   )
12  NORTH AMERICA CUSTOMER SERVICES,  ) VOLUME I
13  INC., GOODRICH CORP., IAE         )
14  INTERNATIONAL AERO ENGINES A.G.,  ) CONFIDENTIAL
15  and PEGASUS AVIATION IV, INC.,    ) TRANSCRIPT
16       Defendants.       )
17  ----------------------------------
18       Videotaped 30(b)(6) deposition of Airbus S.A.S.,
19  YANNICK MALINGE, taken at the offices of Hogan & Hartson
20  MNP 69, Avenue Franklin Roosevelt, 75008 Paris, France,
21  commencing at 10:14 a.m., Tuesday, April 1, 2009, before
22  Lisa A. Knight, Certified Realtime Reporter.
23
24
25  PAGES 1 - 331

## Page 2

1   APPEARANCES OF COUNSEL:
2
3   FOR THE TAZOE PLAINTIFFS:
4       PODHURST ORSECK, P.A.
5       BY:  RICARDO MARTINEZ-CID, ESQ.
6       25 West Flagler Street
7       Suite 800
8       Miami, FL  33130
9       (305) 358-2800
10      E-mail: Rmcid@podhurst.com
11
12  FOR THE CAMARGO PLAINTIFFS:
13      MOTLEY RICE LLC
14      BY:  DONALD L. McCUNE, JR., ESQ.
15      28 Bridgeside Boulevard
16      P.O. Box 1792 (29465)
17      Mt. Pleasant, SC  29464
18      (842) 216-9000
19      E-mail: Dmccune@motleyrice.com
20      (Appearing telephonically)
21
22
23
24
25

## Page 3

1   APPEARANCES OF COUNSEL (CONTINUED):
2
3   FOR THE DEFENDANT AIRBUS NORTH AMERICA
4   CUSTOMER SERVICES, INC.:
5       HOGAN & HARTSON LLP
6       BY:  THAD T. DAMERIS, ESQ.
7       Pennzoil Place
8       711 Louisiana Street
9       Houston, TX  77002
10      (713) 632-1410
11      E-mail: Tdameris@hhlaw.com
12
13  FOR THE DEFENDANT INTERNATIONAL AERO
14  ENGINES A.G.
15      COZEN O'CONNOR
16      BY: RICHARD M. DUNN, ESQ.
17      200 South Biscayne Boulevard
18      Suite 4410
19      Miami, FL 33131
20      (305) 704-5940
21      E-mail: Rdunn@cozen.com
22
23
24
25

## Page 4

1   APPEARANCES OF COUNSEL (CONTINUED):
2
3   FOR THE DEFENDANT GOODRICH CORPORATION:
4       COLE, SCOTT & KISSANE, P.A.
5       BY:  THOMAS E. SCOTT, ESQ.
6       Dadeland Centre, Suite 1400
7       9150 South Dadeland Boulevard
8       Miami, FL  33156
9       (305) 350-5300
10      E-mail: Thomas.Scott@csklegal.com
11
12  FOR THE DEFENDANT TAM LINHAS AEREAS:
13      FOWLER WHITE BURNETT
14      BY: CHRISTOPHER E. KNIGHT, ESQ.
15      BY: JAMES P. MURRAY, ESQ.
16      BY: RICARDO CABRERA, ESQ.
17      Espirito Santo Plaza
18      1395 Brickell Avenue, 14th Floor
19      Miami, FL 33131
20      (305) 789-9200
21      cknight@fowler-white.com
22      jmurray@fowler-white.com
23      rcabrera@fowler-white.com
24
25

1 (Pages 1 to 4)

Yannick Malinge Volume I
30(b)(6) deposition of Airbus S.A.S.

Page 157

1    BY MR. MARTINEZ-CID:
2       Q.  As part of your investigation into
3    this case, did you make any determination as to
4    whether or not Congonhas was a -- an acceptable
5    airport for the use of the Airbus A320?      02:36:21PM
6          MR. DAMERIS:  Objection, form.
7       A.  What do you mean by "acceptable"?
8    BY MR. MARTINEZ-CID:
9       Q.  Whether it provided enough landing
10   distance -- enough runway for the A320's actual   02:36:31PM
11   land -- required landing.
12         MR. DAMERIS:  Objection, form.
13      A.  The required landing distance of the
14   airplane, assuming the weight value of the
15   flight data recorder, are such that the required   02:36:50PM
16   landing distance were compatible with the
17   landing distance available.
18         This, of course -- and this is not
19   part of Airbus's duty -- does not take into
20   account any specific environment or conditions   02:37:07PM
21   that could exist on this airfield.
22         You certainly understand that any
23   manufacturer -- aircraft manufacturer produce
24   the capability of its aircraft.  And then it is
25   the duty of each operator and its own      02:37:26PM

Page 158

1    authorities to determine if there is a need or
2    not to apply more restrictive rules, let's say,
3    or not.
4          We, as a manufacturer, we define -- we
5    demonstrate, we test, we certify with the      02:37:45PM
6    authorities who validates our landing
7    performance what are the capability of the
8    airplane.
9    BY MR. MARTINEZ-CID:
10      Q.  If Airbus S.A.S. knew that one of its   02:38:05PM
11   operators was using an airport that was
12   inadequate for the aircraft's capabilities, it
13   would warn the operator of that condition,
14   correct?
15         MR. DAMERIS:  Objection, form, scope.   02:38:28PM
16      A.  It is clear if Airbus is made aware
17   that the runway is too short -- definitely too
18   short for the performance capability of a given
19   airplane, we would state to the operator.  But I
20   do not know an operator that would operate an   02:38:47PM
21   airplane on an airfield which is too short.
22         And, again, it's not the duty -- it's
23   not the role of the manufacturer simply because
24   we don't have access to all airports in the
25   world.  We are not the one who knows the best   02:39:03PM

Page 159

1    airports.  The ones that knows the best of those
2    airports are the operators and the local
3    authorities.
4          And it is up to them to define what
5    are the specific conditions, if required, that   02:39:14PM
6    need to be applied for a given airport.
7    BY MR. MARTINEZ-CID:
8       Q.  And as you sit here today, it is
9    Airbus S.A.S.'s position that Congonhas is not
10   too short for the operation of its A320      02:39:34PM
11   aircraft, correct?
12         MR. DAMERIS:  Objection, form.
13      A.  If we considered the landing distance
14   available, the landing distance available at
15   Congonhas was -- is compatible with the landing   02:39:48PM
16   performance capability of the airplane.
17         This, as I said previously, does not
18   take into account whatever specific conditions,
19   requirements, particularities might exist on
20   this airfield or not.               02:40:09PM
21   BY MR. MARTINEZ-CID:
22      Q.  As part of your investigation into
23   this accident, did you determine that there were
24   any particularities in the condition of the
25   airport at Congonhas on the day of the accident?   02:40:20PM

Page 160

1       A.  Well, it does -- the part of the
2    investigation discussion about the runway
3    condition, was it a grooved runway or not, for
4    example, this is the type of questions which are
5    raised which, in this case, was not -- was not a   02:40:37PM
6    grooved runway.
7       Q.  Does Airbus S.A.S. require that its
8    aircraft be operated on grooved runways?
9       A.  It is not a requirement that comes
10   from the manufacturer.  Again, the manufacturer   02:40:52PM
11   provides the aircraft performance capability in
12   terms of landing distance.  And it is the
13   responsibility of the local authorities with the
14   operators who intends to operate such airplane
15   on a given airfield to determine if there is a   02:41:12PM
16   need or not to a specific operational condition,
17   let's say, considering the specific environment
18   where you want to land your airplane.
19      Q.  Does Airbus S.A.S. have different
20   required landing distances for grooved and      02:41:28PM
21   ungrooved runways?
22         MR. DAMERIS:  Objection, form.
23      A.  I don't think so.  I need to check.
24   I don't believe we have landing distance
25   capability of the airplane under various      02:41:37PM

40  (Pages 157 to 160)

Yannick Malinge Volume I
30(b)(6) deposition of Airbus S.A.S.

Page 169

1 IAE, and to Goodrich. Okay.
2      Would you like to take a break now?
3      MR. MARTINEZ-CID: Please.
4      THE VIDEOGRAPHER: We're going off the
5 video record. The time is 2:49.      02:49:01PM
6      (Recess: 2:49 p.m. to 3:06 p.m.)
7      THE VIDEOGRAPHER: We're back on the
8 video record. The time is 3:06.
9 BY MR. MARTINEZ-CID:
10     Q. Sir, before we went off the record, we  03:06:47PM
11 were talking about the requirements that Airbus
12 has for landing distance of its A320. Do you
13 recall that?
14     A. Um-hum.
15     MR. DAMERIS: Ricardo, I don't want to  03:06:59PM
16 interfere. You're choosing the word
17 "requirements" that he's testified to before, so
18 you're invoking a whole series of objections. I
19 don't know if that's intentional or not.
20     MR. MARTINEZ-CID: Okay.      03:07:12PM
21     MR. DAMERIS: Objection, form. I'm
22 trying to move it along.
23 BY MR. MARTINEZ-CID:
24     Q. There is something that Airbus S.A.S.
25 sets out as required landing distance for the   03:07:25PM

Page 170

1 Airbus A320, correct?
2      MR. DAMERIS: Objection, form.
3      A. Can you repeat, please?
4 BY MR. MARTINEZ-CID:
5      Q. Sure. Airbus determines the required  03:07:32PM
6 landing distance of its Airbus A320 aircraft,
7 correct?
8      MR. DAMERIS: Objection, form.
9      A. It's not exactly the way it works.
10 Airbus is the manufacturer. It flight tests    03:07:45PM
11 aircraft. On this basis, determines the landing
12 performance capability of the aircraft which are
13 actual landing distance.
14     And then there are international
15 requirements set by the certification      03:08:04PM
16 authorities, be it the European one, the
17 American one, et cetera. But it does require
18 -- but does define the required landing
19 distance.
20     And the required landing distance are  03:08:15PM
21 based on actual landing distance plus a safety
22 factor.
23 BY MR. MARTINEZ-CID:
24     Q. Is that --
25     A. Airbus publish what are the actual    03:08:26PM

Page 171

1 landing distance and therefore the associated
2 required landing distance that obviously takes
3 into account several conditions, such as the
4 weight of the airplane, such as the runway
5 condition, et cetera.      03:08:42PM
6      Q. And so I understand, Airbus S.A.S.
7 publishes this required landing distance and
8 provides it to all of its operators, correct?
9      A. This is correct.
10     Q. Okay. In discussing this required     03:08:52PM
11 landing distance, does Airbus S.A.S. provide a
12 different required landing distance when flying
13 with only one thrust reverser activated?
14     A. The requirement applicable to all
15 manufacturers and defined by the necessary    03:09:17PM
16 authorities are researched. It says the
17 required landing distance do not take into
18 account the credit of the use of the engine
19 thrust reverser.
20     In other words, the required landing    03:09:35PM
21 distance does not take into account the use of
22 the thrust reverser during landing.
23     Q. And the required landing distance that
24 Airbus S.A.S. publishes does not take into
25 account -- does not make any differences for wet  03:09:50PM

Page 172

1 runways as opposed to dry runways, correct?
2      A. No, it is not correct. As I
3 mentioned, for the required landing distance,
4 you have several factors to take into account.
5      You have the required landing distance  03:10:06PM
6 on dry runway and you have the required landing
7 distance on the wet runway, and you need to
8 apply a safety factor between the two.
9      Q. So does Airbus S.A.S. publish two
10 different required landing distances, one for   03:10:21PM
11 dry and one for wet?
12     A. Yes.
13     Q. And does the Congonhas Airport meet
14 the required landing distance published by
15 Airbus S.A.S. both for dry and wet runways?    03:10:42PM
16     A. Can you repeat, please? Does?
17     Q. Does the runway at Congonhas --
18     A. Yes.
19     Q. -- meet the required landing distances
20 published by S.A.S. for both dry and wet      03:10:53PM
21 runways?
22     MR. DAMERIS: Objection, form.
23     A. The landing distance available, LDA,
24 of the runway which was in use at the time of
25 the accident, the LDA is compatible with the   03:11:06PM

43 (Pages 169 to 172)

Yannick Malinge Volume I
30(b)(6) deposition of Airbus S.A.S.

Page 173

1  RLD, with the required landing distance. In
2  other words, the required landing distance was
3  lower than the LDA.
4      MR. KNIGHT: I didn't hear the last
5  part of the question.                    03:11:30PM
6      MR. MARTINEZ-CID: The required
7  landing distance -- make sure I understood.
8  BY MR. MARTINEZ-CID:
9      Q.  The required landing distance, the
10 landing distance that Airbus publishes as the   03:11:37PM
11 minimum required, was lower than the actual
12 landing distance available at Congonhas on the
13 day of the accident, correct?
14     A.  It is not called the "actual landing
15 distance," it is called the "landing distance   03:11:49PM
16 available."
17     Q.  So if I understood, the landing
18 distance available at Congonhas on the date of
19 this accident was more than the required landing
20 distance published by S.A.S., correct?          03:12:03PM
21     A.  Correct.
22     Q.  And it was more than the required
23 landing distance both for a wet or dry runway,
24 correct?
25     A.  Correct.                         03:12:15PM

Page 174

1      Q.  Do you know what the landing distance
2  required is for a wet runway?
3      MR. DAMERIS: Object to form.
4      A.  Well, I will give you reply as this,
5  because as I mentioned to you, it depends on the   03:12:28PM
6  flight condition, the weight of the airplane.
7  So I cannot give you a value, as such. It also
8  depends on the airport elevation.
9  BY MR. MARTINEZ-CID:
10     Q.  But there's not one -- is there a     03:12:37PM
11 figure published by Airbus S.A.S. for the
12 required runway distance on a wet runway?
13     A.  There are several figures which are
14 published in the Flight Crew Operating Manual.
15     Q.  I'm sorry. In which manual?          03:12:52PM
16     A.  The FCOM, Flight Crew Operation Manual
17 or Operating Manual.
18     Q.  And would the -- would the flight crew
19 of the accident aircraft have had a copy of the
20 Flight Crew Operation Manual available to them?   03:13:19PM
21     A.  The flight crew of the accident
22 aircraft?
23     Q.  Yes.
24     A.  Should have had the TAM operational
25 documentation. It is the airline responsibility   03:13:28PM

Page 175

1  to give to its crew what are the airline's own
2  operating procedure.
3      Q.  And is the operator of the airline
4  supposed to integrate Airbus S.A.S.'s
5  information and requirements from the Flight   03:13:54PM
6  Crew Operation Manual in their operational
7  guidelines?
8      MR. DAMERIS: Objection, form and
9  scope.
10     A.  It is the airline duty/responsibility   03:14:03PM
11 to ensure that their operational manual is
12 not -- can only be more restrictive than what's
13 manufactured or published, and it is their duty
14 to get it approved by their own authorities.
15 BY MR. MARTINEZ-CID:                       03:14:24PM
16     Q.  As part of your investigation into
17 this accident, did you review the operational
18 manuals of TAM Airlines?
19     A.  I have not reviewed all the
20 operational manuals of TAM Airlines. And I'm   03:14:35PM
21 confident that it will be part of the CENIPA
22 investigation to do it.
23     Q.  As you sit here today, do you know
24 whether the TAM operational guidelines met the
25 minimum required guidelines established for   03:14:55PM

Page 176

1  landing distances by Airbus S.A.S.?
2      A.  What I do know, and it is true for all
3  airlines, each individual airline can have
4  additional operational rules but they cannot be
5  less restrictive than what the manufacturer   03:15:16PM
6  publish. They can be more restrictive based on
7  their own criteria, based on their own operating
8  environment.
9      Q.  Assuming that TAM used the same
10 criterion and guidelines put forth by Airbus   03:15:33PM
11 S.A.S. for landing distances, assuming that to
12 be the case, and that was in their operational
13 manuals, the crew of this aircraft would have
14 had that operational -- I think you testified
15 would have had TAM's operational manuals       03:15:55PM
16 available in flight, correct?
17     A.  Yes.
18     Q.  All right. And if they would have
19 -- if they would have looked at their
20 operational manual to determine if they could   03:16:03PM
21 land in Congonhas, assuming TAM used the same
22 standards as Airbus S.A.S., they would have
23 determined that it was safe to land in
24 Congonhas, as far as the distance goes, correct?
25     MR. DAMERIS: Object to the form and   03:16:20PM

44 (Pages 173 to 176)