# EXHIBIT 51

```
 1        UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
 2               MIAMI DIVISION
 3        CASE NO. 07-21941-CIV-COOKE/MCALILEY
 4   ROBERTO TAZOE, a Florida resident,
     as Personal Representative of the
 5   Estate of RICARDO TAZOE, deceased
 6        Plaintiff,
 7   vs.
 8   TAM LINHAS AEREAS, a foreign
     corporation, et al.,
 9
          Defendants.
10   _____X
11
12
13              VOLUME II
14         VIDEOTAPED DEPOSITION
15                 OF
16           ALEX FRISCHMANN
17
18
19            HILTON HOTEL
20         Macacha Guemes 351
21         Buenos Aires, Argentina
22
23
24         Friday, June 12, 2009
25         9:39 a.m. - 4:15 p.m.
```

```
 1              A P P E A R A N C E S
 2   For the Plaintiff:
 3       RICARDO M. MARTINEZ-CID, ESQ.
         Podhurst Orseck, PA
 4       25 West Flagler Street
         Suite 800
 5       Miami, Florida  33130
 6   For the Defendant TAM Linhas Aereas, S.A.:
 7       JAMES P. MURRAY, ESQ.
         GABRIEL COELHO, ESQ.
 8       RICARDO C. CABRERA, ESQ.
         Fowler White Burnett P.A.
 9       Espirito Santo Plaza, 14th Floor
         1395 Brickell Avenue
10       Miami, Florida 33131-3302
11       LUIZ CLAUDIO MATTOS DE AGUIAR, ESQ.
         General Counsel
12       Av. Jurandir
         856 - Lote 4 - 8 Andar
13       Jd. Ceci - Aeroporto
         CEP 04072-000
14       Sao Paulo - SP - Brasil
15   For Beaumont & Son Aviation:
16       JULIO COSTA, ESQ.
         Clyde & Company
17       Av. Rio Branco 257/808
         Centro CEP 20040-009
18       Rio de Janeiro Brasil
19   For the Defendant Airbus North America Customer
     Services, Inc.:
20
         WILLIAM D. NUSSBAUM, ESQ.
21       Hogan & Hartson
         Columbia Square
22       555 Thirteenth Street, NW
         Washington, D.C. 20004
23
24
25
```

```
 1   For the Defendant Airbus North America Customer
     Services, Inc.:
 2
         CHRISTOPHER M. ODELL, ESQ.
 3       Hogan & Hartson
         Bank of America Center
 4       700 Louisiana Street, Suite 4300
         Houston, Texas  77002
 5
     For the Defendant IAE:
 6
         RICHARD M. DUNN, ESQ.
 7       Cozen O'Connor
         Wachovia Financial Center
 8       200 South Biscayne Boulevard
         Suite 4410
 9       Miami, Florida  33131-2303
10   Also Present: Zilda Buzack, Interpreter
11                 Marcela De Castro Vaz, Esq.
12                 Tatiane Novaes Viana, Esq.
13                 Regis Lima
14                 Brian Terrinoni, Videographer
```

```
 1                   I N D E X
 2   WITNESS        Direct   Cross   Redirect
 3   Alex Frischmann
 4    By Mr. Nussbaum  30
 5
 6              E X H I B I T  I N D E X
 7   Exhibit     Description         Page No.
 8    108    Letter from federal prosecutor's  40
            office 11/24/06
 9
      109    E-mail                    41
10
      110    TAM technical operational  46
11           bulletin 2/7/07
12    111    TAM A319, A320, A321 quick  56
             reference handbook
13
      112    Data from flight data recorder  72
14           dated 7/24/07
15    113    E-mail from Higo Luiz Bruno to  105
             Alex Frischmann 3/18/09
```

Page 53

1  Q. Did he talk to you about his problem
2  before the accident?
3  A. No, he did not.
4  Q. Is it your testimony that if, in fact,
5  TAM pilots were reporting in the days before
6  July 17th, and indeed on July 17th itself,
7  problems they were having landing their aircraft
8  at Congonhas, that at that time you had no -- you
9  knew nothing about it?
10     MR. MURRAY: Objection, form.
11 A. There are no information -- there was
12 no information given to me before the accident.
13 As a matter of fact, there were numerous
14 reports -- risk reports issued, filled out on
15 dates after the accident, but they were regarding
16 occurrences that happened before the accident.
17 Q. Captain, as you sit here today, do you
18 believe that conditions at Congonhas on July 17,
19 2007, at the time flight 3054 touched down,
20 played any role in causing the accident?
21     MR. MURRAY: Objection, asked and
22     answered yesterday in the how and why
23     deposition.
24 A. Are you asking me if the runway
25 conditions had anything to do with the accident?

Page 54

1  Is that what you're asking me?
2  Q. Correct.
3  A. As I answered before, we have to wait
4  for the facts coming from the investigations.
5  The accident can be caused by issues such as
6  material, human, and environmental. The runway
7  could be one of them, but -- and it's possible,
8  but so far, we do not know.
9  Q. I'm asking you now, Captain Alex
10 Frischmann, as a pilot at TAM, whether you have
11 ever considered the possibility that conditions
12 at Congonhas played a role in causing the
13 accident.
14     MR. MURRAY: Objection.
15 A. I don't know if it might have caused.
16 It's a possibility, but I do not know.
17 Q. But you have thought about it, haven't
18 you?
19     MR. MURRAY: Objection, asked and
20     answered.
21 A. Yes, I did think.
22 Q. Captain, let me ask you now to imagine
23 yourself in the following situation. You are the
24 pilot flying an Airbus A320 and you're coming in
25 for a landing. You touch down at the point on

Page 55

1  the runway where you are supposed to touch down.
2  But when you do, you discover that your aircraft
3  does not immediately begin to slow down, and
4  three seconds after touchdown, your copilot calls
5  out that your ground spoilers are not working.
6     MR. MURRAY: Objection. Have you
7     finished?
8     MR. NUSSBAUM: No.
9     MR. MURRAY: Okay. Keep going.
10 Q. What would you do?
11    MR. MURRAY: Objection. Calls for
12    speculation. No foundation. Go ahead.
13 A. In this situation what I would do?
14 Q. Correct.
15    MR. MURRAY: Objection.
16 A. First thing is to try to keep control
17 of the aircraft, operational control of the
18 aircraft. The second thing is to do -- what we
19 call to put our foot below or to try and brake
20 manually.
21    At landing you don't have much time at
22 all, so I would try to command manually the
23 spoilers, to command the spoilers manually. It's
24 a very critical situation. I don't know what
25 else could be done.

Page 56

1  Q. Let me show you what we will mark as
2  the next exhibit, 111.
3     (Thereupon, TAM A319, A320, A321 quick
4     reference handbook was marked as
5     Exhibit 111 for identification.)
6     MR. MURRAY: Bill, is this a good break
7     point? We have been going for about an hour
8     and a half.
9     MR. NUSSBAUM: Actually, we have been
10    going about 35 minutes since we stopped.
11    MR. MURRAY: Well, the rest of us
12    haven't gotten up.
13    MR. NUSSBAUM: Would you like to take a
14    break?
15    MR. MURRAY: Well, if you are starting
16    a new line of questioning, it would seem to
17    be a convenient time.
18    MR. NUSSBAUM: Now that I have marked
19    this as an exhibit and you know I'm going to
20    ask him about it, I'm kind of in the middle
21    of it. I'm not finished.
22    MR. MURRAY: All right. Why don't you
23    finish with that and then we'll -- since your
24    exhibit was a secret or whatever, fine. You
25    finish with that. Then let's take a break.