# EXHIBIT 52

Page 128

1          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2               MIAMI DIVISION
3        CASE NO. 07-21941-CIV-COOKE/MCALILEY
4   ROBERTO TAZOE, a Florida resident,
    as Personal Representative of the
5   Estate of RICARDO TAZOE, deceased
6       Plaintiff,
7   vs.
8   TAM LINHAS AEREAS, a foreign
    corporation, et al.,
9
    Defendants.
10  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _X
11
12
13              VOLUME II
14      VIDEOTAPED DEPOSITION
15              OF
16      GERALDO COSTA DE MENESES
17
18
19              HILTON HOTEL
20          Macacha Guemes 351
21          Buenos Aires, Argentina
22
23
24          Wednesday, May 6, 2009
25          10:07 a.m. - 4:05 p.m.

Page 129

1        A P P E A R A N C E S
2   For the Plaintiff:
3       RICARDO M. MARTINEZ-CID, ESQ.
        Podhurst Orseck, PA
4       25 West Flagler Street
        Suite 800
5       Miami, Florida  33130
6   For the Defendant TAM Linhas Aereas, S.A.:
7       CHRISTOPHER E. KNIGHT, ESQ.
        RICARDO C. CABRERA, ESQ.
8       JAMES P. MURRAY, ESQ.
        MARILI CANCIO, ESQ.
9       Fowler White Burnett P.A.
        Espirito Santo Plaza, 14th Floor
10      1395 Brickell Avenue
        Miami, Florida 33131-3302
11
    For the Defendant Airbus North America Customer
12  Services, Inc.:
13      WILLIAM D. NUSSBAUM, ESQ.
        Hogan & Hartson
14      Columbia Square
        555 Thirteenth Street, NW
15      Washington, D.C.  20004
16  For the Defendant Airbus North America Customer
    Services, Inc.:
17
        CHRISTOPHER M. ODELL, ESQ.
18      Hogan & Hartson
        Bank of America Center
19      700 Louisiana Street, Suite 4300
        Houston, Texas  77002
20
    For the Defendant IAE:
21
        RICHARD M. DUNN, ESQ.
22      Cozen O'Connor
        Wachovia Financial Center
23      200 South Biscayne Boulevard
        Suite 4410
24      Miami, Florida  33131-2303
25

Page 130

1   Also Present:  Timothy Yuan, Interpreter
2                  Marcela De Castro Vaz, Esq.
3                  Tatiane Novaes Viana, Esq.
4                  Russell Coker, Videographer
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 131

1              I N D E X
2   WITNESS        Direct    Cross    Redirect
3   Geraldo Meneses
4     By Mr. Odell    133
5
6          E X H I B I T   I N D E X
7   Exhibit      Description        Page No.
8   38    Danger report              166
9   39    Safety Recommendation        200
10   40    Operation at Congonhas with wet  213
        runways
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1 (Pages 128 to 131)

1   runway 35 left was more slippery in the period
2   after it was resurfaced and before it was grooved
3   than it had been before the resurfacing, is he
4   wrong?
5        MR. MURRAY: Objection to form.
6        A.   Did Captain Brosco say that?
7        Q.   If he were to say that, would you have
8   any reason to disagree with him?
9        MS. CANCIO: Chris, I object to the
10   translation. The verb that he is using in
11   Portuguese is wrong. I can say it if you
12   want, but I believe that's why there is a
13   misunderstanding by the witness.
14       Q.   If Captain Brosco were to say that the
15   runway was more slippery after it was resurfaced,
16   would you have any reason to disagree with him?
17       MR. MURRAY: Objection to form.
18       THE INTERPRETER: May I ask what verb?
19       MR. ODELL: Sure.
20       A.   If Captain Brosco were to say that the
21   runway was more slippery before or after the
22   resurfacing, I would have no reason either to
23   disagree with him or to agree with him. I would
24   have reason to verify whether it is true.
25       Q.   Is it your understanding that the

1   conditions of runway 35 left were a factor in the
2   accident of flight 3054?
3        MR. MURRAY: Objection.
4        A.   An accident is a sum of many factors
5   which are being analyzed by CENIPA, which is
6   conducting the official investigation into the
7   accident. This investigation to this moment has
8   not been completed.
9        Q.   Why is it bad if a runway is slippery?
10   What effect does that have on an aircraft's
11   landing performance?
12       MR. MURRAY: Objection to form.
13       A.   When a runway is slippery, that affects
14   the distance that is required for an aircraft to
15   stop on the ground.
16       Q.   And can that cause an airplane to
17   overrun or depart the runway?
18       MR. MURRAY: Objection, form.
19       A.   It may. It can and it cannot.
20       Q.   A slippery runway can contribute to an
21   aircraft going off the runway but not always; is
22   that the result?
23       MR. MURRAY: Objection to form.
24       A.   A slippery runway may contribute to an
25   aircraft going off the runway as may a defective

1   design or pilot error. As I mentioned, an
2   accident is a sum of factors. There are many
3   factors that contribute to an accident.
4        Q.   What sort of pilot error could cause an
5   aircraft to overrun the runway?
6        A.   Many errors. Do you want me to list
7   the many errors? There are many errors.
8        Q.   Well, let me break it down a little
9   bit. Can you give us a few examples of the sorts
10   of pilot errors that would cause an aircraft to
11   overrun a runway on landing?
12       A.   Yes.
13       Q.   Please give us a few examples.
14       A.   The pilot landing after the touchdown
15   zone or a pilot not braking the aircraft
16   adequately. There are others. The pilot not
17   activating the brake adequately.
18       Q.   Are there errors regarding the
19   operation of the thrust levers that could lead to
20   a runway overrun?
21       MR. MURRAY: Objection to form.
22       A.   I will answer based on my experience as
23   a pilot. I flied today a Boeing aircraft. And
24   it's very difficult for an error in operating the
25   thrust levers in that type of aircraft, whereas

1   on the Airbus 320, that is possible.
2        MR. ODELL: I'm going to object to the
3   responsiveness of the question and move to
4   strike.
5        Q.   My question, Captain, is, are there any
6   errors that a pilot can commit with regard to the
7   movement of the thrust levers on an aircraft that
8   could contribute to a runway overrun?
9        MR. MURRAY: Objection, asked and
10   answered.
11       A.   What type of aircraft?
12       Q.   Well, is it your testimony that it is
13   impossible to mishandle the thrust levers on a
14   Boeing aircraft and thereby overrun the runway?
15       MR. MURRAY: Objection to form.
16       A.   I -- today I fly a Boeing 777. In this
17   type of aircraft is much more difficult to commit
18   an error such as this, using the thrust levers
19   incorrectly.
20       Q.   So you will agree that it's possible
21   for a pilot to commit an error on a Boeing
22   aircraft in his manipulation of the thrust levers
23   that would lead to a runway overrun?
24       MR. MURRAY: Objection.
25       A.   It's much, much, much more difficult

17 (Pages 192 to 195)