# EXHIBIT 53

1  IN THE UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF FLORIDA
3  MIAMI DIVISION
4  -----------------------------------
5  ROBERTO TAZOE, as Personal      )
6  Representative of the Estate of )
7  RICARDO TAZOE, deceased,        )
8         Plaintiff,      ) Case No.
9      vs.              ) 07-21941-CIV
10 TAM LINHAS AEREAS, AIRBUS S.A.S., ) COOKE/McALILEY
11 AIRBUS INDUSTRIE G.I.E., AIRBUS   )
12 NORTH AMERICA CUSTOMER SERVICES,  )
13 INC., GOODRICH CORP., IAE         )
14 INTERNATIONAL AERO ENGINES A.G.,  ) CONFIDENTIAL
15 and PEGASUS AVIATION IV, INC.,    ) TRANSCRIPT
16         Defendants.      )
17 -----------------------------------
18     Videotaped deposition of LARRY ROCKLIFF,
19 taken at the offices of Hogan & Hartson
20 Raue LLP, Potzdamer Platz 1, 10785 Berlin,
21 Germany, commencing at 10:05 a.m., on
22 Thursday, June 18, 2009, before
23 Lisa A. Knight, Certified Realtime Reporter.
24
25 PAGES 1 - 347

1   APPEARANCES OF COUNSEL:
2
3    FOR THE TAZOE PLAINTIFFS:
4      PODHURST ORSECK, P.A.
5      BY:  RICARDO MARTINEZ-CID, ESQ.
6      25 West Flagler Street
7      Suite 800
8      Miami, FL  33130
9      (305) 358-2800
10     E-mail: Rmcid@podhurst.com
11
12   FOR THE DEFENDANT AIRBUS NORTH AMERICA
13   CUSTOMER SERVICES, INC.:
14     HOGAN & HARTSON LLP
15     BY:  BRUCE D. OAKLEY, ESQ.
16     700 Louisiana Street
17     Suite 4300
18     Houston, TX  77002
19     (713) 632-1400
20     E-mail: Bdoakley@hhlaw.com

1  APPEARANCES OF COUNSEL (CONTINUED):
2
3   FOR THE DEFENDANT INTERNATIONAL AERO
4   ENGINES A.G.:
5     COZEN O'CONNOR
6     BY:  RICHARD M. DUNN, ESQ.
7     200 South Biscayne Boulevard
8     Suite 4410
9     Miami, FL 33131
10    (305) 704-5940
11    E-mail: Rdunn@cozen.com
12
13  FOR THE DEFENDANT GOODRICH CORPORATION:
14    COLE, SCOTT & KISSANE, P.A.
15    BY:  THOMAS E. SCOTT, ESQ.
16    Dadeland Centre, Suite 1400
17    9150 South Dadeland Boulevard
18    Miami, FL  33156
19    (305) 350-5300
20    E-mail: Thomas.Scott@csklegal.com

1  APPEARANCES OF COUNSEL (CONTINUED):
2
3   FOR THE DEFENDANT TAM LINHAS AEREAS
4     FOWLER WHITE BURNETT
5     BY:  DONALD W. HARDEMAN, JR., ESQ.
6     Espirito Santo Plaza
7     1395 Brickell Avenue, 14th Floor
8     Miami, FL  33131
9     (305) 789-9200
10    dhardeman@fowler-white.com
11
12
13  ALSO PRESENT:
14
15    MELANIE ETIENNE
16       Airbus Legal Representative
17
18    STEPHEN FAIGENBAUM - VIDEOGRAPHER

Page 53

could, and naturally we would do whatever
we could, as did CAE.
   Q. Who told you that TAM was
looking for training wherever they
could find it? Where did you get          10:49:39AM
that?
   A. From Jean-Paul.
   Q. So it would be Mr. Vaudon who
has the basis for that statement?
   A. Yeah. He would have been           10:49:49AM
coordinating with Mr. Cadeau, who was in
S.A.S. at the time, who's responsible for
TAM, insofar as -- again, I come back to
the fact that they're getting more
airplanes so there's no contractual        10:50:02AM
training.
       What we're talking about now in
the last couple of years is contractual
training. And, naturally, they still
have their own training that needs to go   10:50:10AM
on above the increased fleet.
       So the coordination between then
Mr. Cadeau in Toulouse was to see what we
could do within Airbus capabilities in
order to provide them whatever they        10:50:26AM

Page 54

needed.
   Q. Was any of this training done
before the TAM accident?
   A. I'm not sure. I do know that we
didn't train the accident crew.           10:50:47AM
   Q. By the "accident crew," you're
talking about the pilot and co-pilot
that were on this aircraft?
   A. And flight attendants.
   Q. How do you know that?              10:50:57AM
   A. Because after the accident, we
were requested to confirm in our records
by name, once the names were available.
And we had none of the names of any of
the people who had been through Miami.     10:51:09AM
   Q. Who asked you to confirm that?
   A. I don't recall directly but
probably Safety Department, which is a
normal protocol of the Safety Department
in S.A.S.                                 10:51:20AM
   Q. Do you know who from the
Safety Department?
   A. I don't.
   Q. Other than asking you whether
the -- whether this crew had been         10:51:33AM

Page 55

trained in your facility, were there
any other questions that were made to
you regarding this accident?
   A. I really don't recall.
   Q. Can you think of anything else     10:51:47AM
that was asked to you about this
accident?
       MR. OAKLEY: Objection, form. I
assume you're excluding any communications
he's had with counsel from your question,  10:51:58AM
but obviously I'm instructing you not to
disclose communications with counsel.
BY MR. MARTINEZ-CID:
   Q. For all of my questions -- I
mean, you can tell me, I spoke to         10:52:09AM
lawyers about it, but I don't want to
know what the particulars of any
conversations that you had with any
lawyers are.
       So if the answer to my            10:52:17AM
question is, I was asked a lot of
stuff by my -- from lawyers only,
nobody else, that's fine, but don't
tell me what it is that you guys
talked about.                             10:52:27AM

Page 56

   A. Well, I can tell you that I spoke
to attorneys, no doubt about it, and
-- but I don't recall any specific
discussions.
       Obviously, when there's an        10:52:36AM
accident that occurs anyplace in the
world, there are pilot discussions that
go on about it, but the specifics of that
accident or anything technical pertaining
to that accident, I truly don't recall,   10:52:49AM
you know, anything that I was asked
about.
   Q. Have you done any
investigation into what training, if
any, TAM had received from Airbus         10:53:05AM
North America Customer Services before
this accident other than just checking
whether the accident crew had been
there?
   A. Yes. Back in January of this       10:53:19AM
year, when I prepared and signed a letter
referencing the -- that this, which is
going on now, I looked at what training
we had done or completed.
   Q. I am going to hand you a           10:53:41AM