# EXHIBIT 54

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
 3                    Case 07-21941 -CIV-MGC
 4   ROBERTO TAZOE, et al.
 5                        Plaintiffs,
 6        vs.
 7   TAM LINHAS AEREAS, et al.            MIAMI, FLORIDA
                                          MAY 21, 2008
 8                                        WEDNESDAY
 9                        Defendants.
10
                      TRANSCRIPT OF STATUS CONFERENCE
11              BEFORE THE HONORABLE MARCIA G. COOKE
                      UNITED STATES DISTRICT JUDGE
12
     APPEARANCES:
13
     FOR THE PLAINTIFFS:
14                            STEVEN C. MARKS, ESQ.
                              ROBERT JOSEFSBERG, ESQ.
15                            RICARDO MARTINEZ-CID, ESQ.
                              Podhurst Orseck Josefsberg
16                            25 W. Flagler Street  Suite 800
                              Miami, FL  33130 - 305/358-2800
17
                              JOHN J. UUSTAL, ESQ.
18                            Kelley Uustal, PLC
                              700 S.E. 3rd Avenue
19                            Fort Lauderdale, FL 33316 - 954/522-6601
20   FOR THE DEFENDANTS:
21                            CHRISTOPHER KNIGHT, ESQ.
                              Fowler White Burnett
22                            1395 Brickell Avenue
                              Miami, FL  33131 - 305/789-9210
23
                              RICHARD M. DUNN, ESQ.
24                            Cozen O'Connor
                              200 S. Biscayne Blvd.  Suite 4410
25                            Miami, FL  33131 - 305/704-5940
```

May 21, 2008

1        Having said that, I don't see -- because this is not
2  your typical case.  We know we are going to have an American
3  plaintiff, American defendants, with a case that is going to
4  remain here given the Eleventh Circuit Court decision in SM
5  Aracks, that America doesn't get this forum.  We are going to
6  have liability in this case.
7        The way cases get resolved, and I know the defendants
8  will reluctantly agree to this, is by pressure.  Plaintiffs are
9  under pressure, defendants are under pressure.  If we are left
10  on our own, we'll go on to other things.  If you don't force us
11  with deadlines where everything move at once, cases don't get
12  resolved and they sit in limbo.
13        THE COURT:  We thought that you guys didn't know that.
14  Now I see that we have been found out.
15        MR. MARKS:  Well, alert your colleagues that I ratted
16  everyone out.
17        The way we move, unfortunately, is by those deadlines.
18  We will try and work with defense counsel.  If it's 12 months
19  they think and I think nine, we will compromise, or I will
20  agree.  But to suggest that we do this in piecemeal I think is
21  a disaster because nothing gets resolved.  It will bombard the
22  Court with lots of other issues unnecessarily.
23        We have already shared damage information in every
24  case.  We have already translated it.  It's not even an issue.
25  It's in English.  I know Mr. Knight hasn't been involved.  I

1   company, has been served.  I do not believe that's the case.  I

2   believe the Camargo plaintiffs have an enlargement until June

3   18th, to effect service pursuant to the Hague.  I do not

4   believe -- Airbus SAS hasn't been served in any case.

5           THE COURT:  All right.  The order on the discovery,

6   that was in the Judge Demetrioulos' case, as I recall?

7           MR. KNIGHT:  Yes, Your Honor.

8           THE COURT:  Did we not vacate that order?

9           COURTROOM DEPUTY:  Yes, we did.

10          THE COURT:  So we need to give you a new order, so

11  look for that.  That will be the next thing.  I am going to

12  give you what I think is an appropriate amount of time to do

13  that.  So far, you all seem to be speaking.  I know that may

14  change over the course of the next few months.

15          I think if we do that, I allow you all to give me what

16  you believe are reasonable dates on your discovery and things

17  like that.  We will look it over.  Sometimes I agree.

18  Sometimes I won't.  That will at least allow you to begin the

19  discovery.  I am not going to stay the case while we wait for

20  the Brazilian investigation.  Let the Brazilians do what they

21  do and we will continue working on our trial here.  And then we

22  will take the first issue out of the gate, which will be the

23  forum non-convenience.

24          Anything else before we go back and start issuing

25  orders and tracking down cases?

Draft Copy