# EXHIBIT 55

# DAMAGES DEPOSITIONS REMAINING
# AS OF JULY 27, 2009

|  | **NAMED PLAINTIFF / CLAIMANT** | **DECEDENT** | **CASE NO.** |
|---|---|---|---|
| 1. | Alencar, Simone Cristina Almeida Felix | Almeida, Ricardo da Silva (Sister)<br>Ferraz, Bruno Almeida (Aunt)<br>Ferraz, Larissa Almeida (Aunt) | 1:07-cv-61611-MGC |
| 2. | Almeida, Carlos Alberto Rodrigues de | Almeida, Ricardo da Silva (Adoptive Father)<br>Ferraz, Bruno Almeida (Grandfather)<br>Ferraz, Larissa Almeida (Grandfather) | 1:07-cv-61611-MGC |
| 3. | Almeida, Leticia da Silva | Almeida, Ricardo da Silva (Adoptive Mother)<br>Ferraz, Bruno Almeida (Grandmother)<br>Ferraz, Larissa Almeida (Grandmother) | 1:07-cv-61611-MGC |
| 4. | Almeida, Libania Rodrigues | Almeida, Ricardo da Silva (Mother)<br>Ferraz, Bruno Almeida (grandmother)<br>Ferraz, Larissa Almeida (grandmother) | 1:07-cv-61611-MGC |
| 5. | Almeida, Maria Thereza Laudares de (Daughter) | Almeida, Marta Maria Franco Laudares de | 1:08-cv-23293-MGC |
| 6. | Almeida, Raifran | Almeida, Ricardo da Silva (Brother)<br>Ferraz, Bruno Almeida (Uncle)<br>Ferraz, Larissa Almeida (Uncle) | 1:07-cv-61611-MGC |
| 7. | Alves, Eliane Ferraz Alves | Ferraz, Elenilze da Silva (Sister)<br>Ferraz, Larissa Almeida (Aunt)<br>Ferraz, Bruno Ricardo Almeida (Aunt) | 1:08-cv-20818-MGC<br>1:08-cv-20800-MGC<br>1:08-cv-20804-MGC |
| 8. | Amaral, Bibiana Borges (Sister) | Amaral, Fabiana Hetzel | 1:08-cv-23288-MGC |
| 9. | Amaral, Marise Basso (Daughter) | Amaral, Jose Americo Flores | 1:08-cv-20826-MGC |
| 10. | Amaral, Nicholas Klein Rocha (Son) | Amaral, Jose Americo Flores | 1:08-cv-20826-MGC |
| 11. | Avila, Claudia Rosane de (Sister) | Alves, Silvania Regina de Avila | 1:08-cv-20796-MGC |
| 12. | Bianchi, Lola Maria Donatelli (Mother) | Moyses, Nadia Bianchi | 1:08-cv-20932-MGC |
| 13. | Bianchi, Oscar Donatelli (Brother) | Moyses, Nadia Bianchi | 1:08-cv-20932-MGC |
| 14. | Bianchi, Oscar Pascu al (Father) | Moyses, Nadia Bianchi | 1:08-cv-20932-MGC |
| 15. | Bianchi, Sabrina Donatelli (Sister) | Moyses, Nadia Bianchi | 1:08-cv-20932-MGC |

|     | **NAMED PLAINTIFF / CLAIMANT** | **DECEDENT** | **CASE NO.** |
| --- | --- | --- | --- |
| 16. | Bidone, Marine Barrios (Mother) | Souza, Valdemarina Bidone E | 1:08-cv-20829-MGC |
| 17. | Buzzanelli, Clarice Arriero (Mother) | Arriero, Claudemir Buzzanelli | 1:08-cv-20823-MGC |
| 18. | Buzzanelli, Henrique Alves Teixeira (Son) | Arriero, Claudemir Buzzanelli | 1:08-cv-20823-MGC |
| 19. | Buzzanelli, Lamir (Father) | Arriero, Claudemir Buzzanelli | 1:08-cv-20823-MGC |
| 20. | Camozzi, Carolina Victoria (Sister) | Camozzi, Alejandro Guillermo | 1:08-cv-20789-MGC |
| 21. | Camozzi, Cesar Hector (Father) | Camozzi, Alejandro Guillermo | 1:08-cv-20789-MGC |
| 22. | Camozzi, Maria Cecilia (Sister) | Camozzi, Alejandro Guillermo | 1:08-cv-20789-MGC |
| 23. | Canfield, Daniele de Salles (Brother) | Canfield, Richard de Salles | 1:08-cv-20837-MGC |
| 24. | Canfield, George de Salles (Brother) | Canfield, Richard de Salles | 1:08-cv-20837-MGC |
| 25. | Canfield, Marta de Salles (Mother) | Canfield, Richard de Salles | 1:08-cv-20837-MGC |
| 26. | Carneiro, Thereza M. Guimarces (Mother) | Paula, Nadja Meria Soczeki De | 1:08-cv-23292-MGC |
| 27. | Cassol, Daniel Barbosa (Brother) | Cassol, Lina Barbosa | 1:08-cv-20798-MGC |
| 28. | Cassol, Leonis Antonio Simoes (Father) | Cassol, Lina Barbosa | 1:08-cv-20798-MGC |
| 29. | Charara, Terezinha Machado (Mother) | Charara, Soraya Machado | 1:08-cv-20846-MGC |
| 30. | Charara, Yehia Jawad (Father) | Charara, Soraya Machado | 1:08-cv-20846-MGC |
| 31. | Cunha, Antonio Arruda da | Cunha, Ivanaldo Arruda Da (Brother)<br>Cunha, Ana Carolina Santos (Uncle)<br>Cunha, Caio Felipe Santos (Uncle) | 1:08-cv-20816-MGC<br>1:08-cv-20822-MGC<br>1:08-cv-20819-MGC |
| 32. | Cunha, Idesite Arruda da | Cunha, Ivanaldo Arruda Da (Sister)<br>Cunha, Ana Carolina Santos (Aunt)<br>Cunha, Caio Felipe Santos (Aunt) | 1:08-cv-20816-MGC<br>1:08-cv-20822-MGC<br>1:08-cv-20819-MGC |
| 33. | Cunha, Irani Arruda da | Cunha, Ivanaldo Arruda Da (Brother)<br>Cunha, Ana Carolina Santos (Uncle)<br>Cunha, Caio Felipe Santos (Uncle) | 1:08-cv-20816-MGC<br>1:08-cv-20822-MGC<br>1:08-cv-20819-MGC |
| 34. | Cunha, Ivan Arruda da | Cunha, Ivanaldo Arruda Da (Brother)<br>Cunha, Ana Carolina Santos (Uncle)<br>Cunha, Caio Felipe Santos (Uncle) | 1:08-cv-20816-MGC<br>1:08-cv-20822-MGC<br>1:08-cv-20819-MGC |
| 35. | Cunha, Jose Batista da | Cunha, Ivanaldo Arruda Da (Brother)<br>Cunha, Ana Carolina Santos (Uncle)<br>Cunha, Caio Felipe Santos (Uncle) | 1:08-cv-20816-MGC<br>1:08-cv-20822-MGC<br>1:08-cv-20819-MGC |
| 36. | Dornelles, Ana Claudette Soares (Mother) | Dornelles, Elaine Soares | 1:08-cv-22224-MGC |

|     | **NAMED PLAINTIFF / CLAIMANT** | **DECEDENT** | **CASE NO.** |
|---|---|---|---|
| 37. | Dornelles, Gislaine Soares (Sister) | Dornelles, Elaine Soares | 1:08-cv-22224-MGC |
| 38. | Dornelles, Jose Carlos (Father)) | Dornelles, Elaine Soares | 1:08-cv-22224-MGC |
| 39. | Ferraz, Elenilde de Silva | Ferraz, Elenilze da Silva (Sister)<br>Ferraz, Larissa Almeida (Aunt)<br>Ferraz, Bruno Ricardo Almeida (Aunt) | 1:08-cv-20818-MGC<br>1:08-cv-20800-MGC<br>1:08-cv-20804-MGC |
| 40. | Ferraz, Elza Da Silva | Ferraz, Larissa Almeida (Grandmother)<br>Ferraz, Bruno Ricardo Almeida (Grandmother)<br>Ferraz, Elenilze Almeida (Mother) | 1:08-cv-20800-MGC<br>1:08-cv-20804-MGC<br>1:08-cv-20818-MGC |
| 41. | Ferraz, Expedito (Jr.) | Ferraz, Elenilze da Silva (Brother)<br>Ferraz, Larissa Almeida (Uncle)<br>Ferraz, Bruno Ricardo Almeida (Uncle) | 1:08-cv-20818-MGC<br>1:08-cv-20800-MGC<br>1:08-cv-20804-MGC |
| 42. | Fleck, Carlos Guilherme (Grandson) | Fleck, Suely Antonieta Stumpf | 1:08-cv-20832-MGC |
| 43. | Fonseca, Carmen Cerise Victoria Da | Fonseca, Deolinda Magaly Victoria da (Daughter)<br>Fonseca, Carmen Luisa Victoria da (Sister) | 1:08-cv-20834-MGC<br>1:08-cv-20844-MGC |
| 44. | Fonseca, Carmen Marion Victoria Da | Fonseca, Deolinda Magaly Victoria da (Daughter)<br>Fonseca, Carmen Luisa Victoria da (Sister) | 1:08-cv-20834-MGC<br>1:08-cv-20844-MGC |
| 45. | Gomes, Rita De Cacia Flores (Wife) | Vicentim, Marcel Cassal | 1:08-cv-20820-MGC |
| 46. | Haddad, Samuel Gunther (Brother) | Haddad, Rebeca Gunter | 1:08-cv-20959-MGC |
| 47. | Kleinowski, Ana Dioneia (Sister) | Kleinowski, Ines Maria | 1:08-cv-20790-MGC |
| 48. | Kleinowski, Eduardo (Brother) | Kleinowski, Ines Maria | 1:08-cv-20790-MGC |
| 49. | Kleinowski, Marcia Helena (Sister) | Kleinowski, Ines Maria | 1:08-cv-20790-MGC |
| 50. | Kleinowski, Marco Aurelio (Brother) | Kleinowski, Ines Maria | 1:08-cv-20790-MGC |
| 51. | Kleinowski, Marta (Mother) | Kleinowski, Ines Maria | 1:08-cv-20790-MGC |
| 52. | Kleinowski, Pedro Batista ( Father) | Kleinowski, Ines Maria | 1:08-cv-20790-MGC |
| 53. | Kleinowski, Vera Lucia (Sister) | Kleinowski, Ines Maria | 1:08-cv-20790-MGC |
| 54. | Kleinowski, Zelia (Sister) | Kleinowski, Ines Maria | 1:08-cv-20790-MGC |
| 55. | Liz, Sandra De (Wife) | Ramos, Arnaldo Batista | 1:08-cv-20825-MGC |

|     | **NAMED PLAINTIFF / CLAIMANT** | **DECEDENT** | **CASE NO.** |
| --- | --- | --- | --- |
| 56. | Mancia, Andrea (Daughter) | Mancia, Eduardo | 1:08-cv-20786-MGC |
| 57. | Mancia, Lidia (Wife) | Mancia, Eduardo | 1:08-cv-20786-MGC |
| 58. | Mancia, Luciano Rodrigo (Son) | Mancia, Eduardo | 1:08-cv-20786-MGC |
| 59. | Mancia, Marcello Fabiano (Son) | Mancia, Eduardo | 1:08-cv-20786-MGC |
| 60. | Mello, Liane Francois de (Mother) | Mello, Andrei Francois de | 1:08-cv-23291-MGC |
| 61. | Mello, Regis de (Father) | Mello, Andrei Francois de | 1:08-cv-23291-MGC |
| 62. | Mendonca, Clove (Father) | Mendonca, Clove Junior | 1:08-cv-20833-MGC |
| 63. | Mendonca, Lizete Maria Severo (Mother) | Mendonca, Clove Junior | 1:08-cv-20833-MGC |
| 64. | Mendonca, Tabata Cassenote (Daughter) | Mendonca, Clove Junior | 1:08-cv-20833-MGC |
| 65. | Negretto, Ricardo Joa (Brother) | Negretto, Cassia | 1:08-cv-20794-MGC |
| 66. | Oliveira, Neusa Maria Garcia De (Wife) | Oliveira, Jose Carlos De | 1:08-cv-20783-MGC |
| 67. | Oliveira, Oliver Ledier Garcia de (Son) | Oliveira, Jose Carlos de | 1:08-cv-20783-MGC |
| 68. | Oliveira, Renata Vinholes (Daughter) | Oliveira, Fernando Antonio Laroque | 1:08-cv-22225-MGC |
| 69. | Patta, Claudia Maria (Ex-Wife) | Pedreira, Marcelo Oliveira | 1:08-cv-20778-MGC |
| 70. | Paula, Thiago Soczeki De (Brother) | Paula, Nadja Meria Soczeki De | 1:08-cv-23292-MGC |
| 71. | Pedreira, Ana Paula de Oliveira (Sister) | Pedreira, Marcelo Oliveira | 1:08-cv-20778-MGC |
| 72. | Pedreira, Artur Francisco (Father) | Pedreira, Marcelo Oliveira | 1:08-cv-20778-MGC |
| 73. | Pedreira, Cristina de Oliveira Pedreira (Sister) | Pedreira, Marcelo Oliveira | 1:08-cv-20778-MGC |
| 74. | Pedreira, Marcilda de Oliveira (Mother) | Pedreira, Marcelo Oliveira | 1:08-cv-20778-MGC |
| 75. | Pedreira, Roberto de Oliveira (Brother) | Pedreira, Marcelo Oliveira | 1:08-cv-20778-MGC |
| 76. | Pedreira, Stefanie Patta (Daughter) | Pedreira, Marcelo Oliveira | 1:08-cv-20778-MGC |
| 77. | Pereira, Marcelo Simonetti (Brother) | Pereira, Mariana | 1:08-cv-21278-MGC |
| 78. | Pereira, Mathews Simonetti (Brother) | Pereira, Mariana | 1:08-cv-21278-MGC |

|     | **NAMED PLAINTIFF / CLAIMANT** | **DECEDENT** | **CASE NO.** |
| --- | --- | --- | --- |
| 79. | Pereira, Mauricio Simonetti (Father) | Pereira, Mariana | 1:08-cv-21278-MGC |
| 80. | Pereira, Wilma Basite (Grandmother) | Pereira, Mariana | 1:08-cv-21278-MGC |
| 81. | Pierucetti, Osvaldo Jorge (Brother) | Pierucetti, Jose Carlos | 1:08-cv-20807-MGC |
| 82. | Pinto, Marcia Beatriz Rodrigues Henrique (Mother) | Silva, Gustavo Henrique Pinto Martins Da | 1:08-cv-20845-MGC |
| 83. | Rocha, Claudio da Silva (Son) | Rocha, Gilmar Tenorio | 1:09-cv-21794-MGC |
| 84. | Rocha, Gilmar Tenorio (Jr.) (Son) | Rocha, Gilmar Tenorio | 1:09-cv-21794-MGC |
| 85. | Rocha, Maria Manuela Rodrigues Valenca Tenorio (Daughter) | Rocha, Gilmar Tenorio | 1:09-cv-21794-MGC |
| 86. | Rocha, Tanagra Rodrigues Velenca Tenorio (Wife) | Rocha, Gilmar Tenorio | 1:09-cv-21794-MGC |
| 87. | Santos, Zilma Otilia Dos (Sister) | Santos, Zenilda Otilia Dos | 1:08-cv-23314-MGC |
| 88. | Silva, Daniel Martins da (Brother) | Silva, Gustavo Henrique Pinto Martins da | 1:08-cv-20845-MGC |
| 89. | Silva, Gilberto Rodrigues (Father) | Leite, Michelle Rodrigues | 1:08-cv-20792-MGC |
| 90. | Silva, Guilherme Ribeiro Martins Da (Father) | Silva, Gustavo Henrique Pinto Martins Da | 1:08-cv-20845-MGC |
| 91. | Souza, Amanda Marques De Azevedo E (Granddaughter) | Souza, Valdemarina Bidone E | 1:08-cv-20829-MGC |
| 92. | Souza, Roberto De Azevedo E (Husband) | Souza, Valdemarina Bidone E | 1:08-cv-20829-MGC |
| 93. | Stumpf, Emanuel Ramos (Brother) | Stumpf, Silvan Ramos | 1:08-cv-20840-MGC |
| 94. | Stumpf, Ivan Solon (Father) | Stumpf, Silvan Ramos | 1:08-cv-20840-MGC |
| 95. | Stumpf, Ivan Solon (Jr.) (Brother) | Stumpf, Silvan Ramos | 1:08-cv-20840-MGC |
| 96. | Stumpf, Jean Roberto Ramos (Brother) | Stumpf, Silvan Ramos | 1:08-cv-20840-MGC |
| 97. | Stumpf, Silvana Ramos (Sister) | Stumpf, Silvan Ramos | 1:08-cv-20840-MGC |
| 98. | Stumpf, Solisa Davina (Sister) | Stumpf, Silvan Ramos | 1:08-cv-20840-MGC |
| 99. | Stumpf, Solly de Oliveira Ramos (Mother) | Stumpf, Silvan Ramos | 1:08-cv-20840-MGC |
| 100. | Stumpf, Vanice Ramos (Sister) | Stumpf, Silvan Ramos | 1:08-cv-20840-MGC |
| 101. | Tomita, Helton Watanabe (Son) | Tomita, Heurico Hirochi | 1:09-cv-21798-MGC |

|  | **NAMED PLAINTIFF / CLAIMANT** | **DECEDENT** | **CASE NO.** |
|---|---|---|---|
| 102. | Tomita, Setsuko Elizabeth W. (Wife) | Tomita, Heurico Hirochi | 1:09-cv-21798-MGC |
| 103. | Tomita, Simone Watanabe (Daughter) | Tomita, Heurico Hirochi | 1:09-cv-21798-MGC |
| 104. | Ura, Marilda | Dona, Melissa Ura (Mother) <br> Dona, Andre Ura (Mother) <br> Andrade, Alanis Ura Dona de (Grandmother) | 1:08-cv-21980-MGC |
| 105. | Veloso, Elenice Ferraz | Ferraz, Elenilze da Silva (Sister) <br> Ferraz, Larissa Almeida (Aunt) <br> Ferraz, Bruno Ricardo Almeida (Aunt) | 1:08-cv-20818-MGC <br> 1:08-cv-20800-MGC <br> 1:08-cv-20804-MGC |
| 106. | Warmling, Joao Carlos (Father) | Warmling, Raquel Suares | 1:08-cv-20805-MGC |
| 107. | Weiss, Carman Lucia Cit (Mother) | Weiss, Roberto Ilson Junior | 1:08-cv-20842-MGC |
| 108. | Weiss, Roberto Ilson (Father) | Weiss, Roberto Ilson Junior | 1:08-cv-20842-MGC |
| 109. | Westrupp, Antonio (Father) | Westrupp, Simone Lacerda | 1:09-cv-21795-MGC |
| 110. | Westrupp, Roberto Lacerda (Brother) | Westrupp, Simone Lacerda | 1:09-cv-21795-MGC |
| 111. | Westrupp, Zoe Lacerda (Mother) | Westrupp, Simone Lacerda | 1:09-cv-21795-MGC |