# EXHIBIT 56

# OUTSTANDING LIABILITY DEPOSITIONS REQUESTED AS OF JULY 27, 2009

| No. | Topic | Requesting Party |
|---|---|---|
| 1 | 30(b)(6) on the A320's Automated Systems (auto thrust, thrust levers, reversers, auto ground spoilers, auto brakes) (Airbus ("AIB")) | Plaintiffs |
| 2 | 30(b)(6) on the development and implementation of H2F3 modification (AIB) | Plaintiffs |
| 3 | 30(b)(6) on the flight Warning Computer (including auto "RETARD" callout) (AIB) | Plaintiffs |
| 4 | 30(b)(6) on the operation of Airbus aircraft at Congonhas Airport (AIB) | Plaintiffs |
| 5 | Aris, Laurent (AIB) | Plaintiffs |
| 6 | Averseng, Didier (AIB) | TAM |
| 7 | Azama, Michel (AIB) | TAM |
| 8 | Bardou, Nicolas (AIB) | TAM |
| 9 | Blancaneaux, Eric (AIB) | TAM |
| 10 | Boselli, Ludovic (AIB) | TAM |
| 11 | Broquet, Alexandre (AIB) | TAM |
| 12 | Canto, Rudy (AIB) | TAM |
| 13 | Chaine, Paul (AIB) | Plaintiffs |
| 14 | Champion, Xavier (AIB) | TAM |
| 15 | Chatillon, Laurent (AIB) | Plaintiffs |
| 16 | Chen, Jean (AIB) | Plaintiffs |
| 17 | Combes, Frederic (AIB) | TAM |
| 18 | Corlett, Geoff (AIB) | Plaintiffs |
| 19 | Da Silva, Patrick (AIB) | TAM |
| 20 | Daney, Jean (AIB) | Plaintiffs |
| 21 | De-Rivals-Mazere, Géraud (AIB) | TAM |
| 22 | Dilmaghani, Homayoun (AIB) | TAM |
| 23 | Engler, Wolfgang (AIB) | TAM |
| 24 | Feuillard, Philippe (AIB) | TAM |
| 25 | Floch, Ronan (AIB) | TAM |
| 26 | Flores, Giles (AIB) | TAM |

| No. | Topic | Requesting Party |
|---|---|---|
| 27 | Foacher, Marc (AIB) | TAM |
| 28 | Gagneux, Frederic (AIB) | Plaintiffs |
| 29 | Goncalves, Jerome (AIB) | Plaintiffs |
| 30 | Guetard, Daniel (AIB) | TAM |
| 31 | Guinot, Marc (AIB) | TAM |
| 32 | Hervault, Johann (AIB) | TAM |
| 33 | Honnons, Bernard (AIB) | Plaintiffs |
| 34 | Joly, Pascal (AIB) | TAM |
| 35 | Lafontan, Robert (AIB) | TAM |
| 36 | Lamoussiere, Xavier (AIB) | TAM |
| 37 | Lemelle, Yves (AIB) | TAM |
| 38 | Lignee, Robert (AIB) | Plaintiffs |
| 39 | Lischke, Michael (AIB) | Plaintiffs |
| 40 | Malinge, Yannick (indiv.) (AIB) | TAM |
| 41 | Maumus, Andre (AIB) | TAM |
| 42 | Nuttinck, Yvette (AIB) | TAM |
| 43 | Palomeque, Michel (AIB) | Plaintiffs |
| 44 | Parisis, Marc (AIB) | Plaintiffs |
| 45 | Pierre Antoine, David (AIB) | Plaintiffs |
| 46 | Poli, Claude (AIB) | TAM |
| 47 | Puharre, Nicolas (AIB) | TAM |
| 48 | Rabilloud, Jean-Louis (AIB) | TAM |
| 49 | Rundlett, Miriam (AIB) | Plaintiffs |
| 50 | Sablayrolles, Oliver (AIB) | TAM |
| 51 | Soula, Jori (AIB) | TAM |
| 52 | Thoreau, Thierry (AIB) | TAM |
| 53 | Urdiroz, Albert (AIB) | TAM |
| 54 | Valleau, Benjamin (AIB) | TAM |
| 55 | 30(b)(6) Deposition of TAM (A320 Training) (TAM) | Goodrich |
| 56 | 30(b)(6) Deposition of TAM (December 2006 Meetings with ANAC) (TAM) | Goodrich |
| 57 | 30(b)(6) Deposition of TAM (Flight Crew Training Generally) (TAM) | Goodrich |
| 58 | 30(b)(6) Deposition of TAM (Flight JJ 3054 Plans and Crew) (TAM) | Goodrich |

| No. | Topic | Requesting Party |
|---|---|---|
| 59 | 30(b)(6) Deposition of TAM (Flight Operations at Congonhas Airport) (TAM) | Goodrich |
| 60 | 30(b)6 Depostion re Government Investigation into TAM flight JJ 3054 (TAM) | Airbus SAS |
| 61 | Amparo, Ruy (VP, Maintenance) (TAM) | Airbus SAS |
| 62 | Azevedo, Antonio Julio Alves de (TAM) | Goodrich |
| 63 | Bombini, Orlando (TAM chief pilot) (TAM) | Airbus SAS |
| 64 | Brosco, Jose Eduardo (pilot) (TAM) | Airbus North America Customer Services ("ANACS") |
| 65 | Campos, Paul Cesar (TAM) | Airbus SAS |
| 66 | Castanheiro, Marcos (planning director) (TAM) | ANACS |
| 67 | Castro, Marco Aurelio (flight safety director) (TAM) | ANACS |
| 68 | da Silva, Osvaldair (TAM) | Goodrich |
| 69 | di Lima, Marco Aurelio Incerti (pilot) (TAM) | IAE |
| 70 | Dispatcher Aquino (TAM) | Airbus SAS |
| 71 | Fajerman, Alberto (ex-VP, operations) (TAM) | IAE |
| 72 | Filho, Elias Azem (pilot) (TAM) | Airbus SAS |
| 73 | Filho, Samuel Sergio de Peitro (TAM) | Goodrich |
| 74 | Frischman, Alex (A20 chief pilot) (TAM) | ANACS |
| 75 | Gerardi, Paolo (A320 engineering manager) (TAM) | ANACS |
| 76 | Harley, Geraldo Costa de Meneses (flight safety manager) (TAM) | Goodrich |
| 77 | Kishk, Abdel Salam (manager, engineering operations) (TAM) | Airbus SAS |

| No. | Topic | Requesting Party |
|---|---|---|
| 78 | Maluf, Jose Zaidan (contracts director) (TAM) | Goodrich |
| 79 | Neto, David Barioni (CEO and participant in meetings with Denise Abru) (TAM) | Goodrich |
| 80 | Novato, Sergio Fernandes Berndardo (TAM) | Goodrich |
| 81 | Nunes, Will Fulvio (TAM) | IAE |
| 82 | Sporleder, Fernando (VP, operations) (TAM) | IAE |
| 83 | Venditti, Adriano (A320 fleet manager) (TAM) | IAE |
| 84 | 30(B)6 - Agreements between TAM, Pegasus, and/or Airbus entities relating to aircraft MSN 789 (PEG) | Airbus |
| 85 | 30(B)6 -Communications with TAM and Airbus about airworthiness issues, service bulletins for A320 family of aircraft, and safety and operational conferences (PEG) | Airbus |
| 86 | 30(B)6 -Due diligence into and knowledge of TAM's operations, maintenance, training and operation of MSN 0789 (PEG) | Airbus |
| 87 | 30(B)6 -Pegasus investigation into the accident and any communications with TAM or TAM's insurers, including tender and acceptance of defense or indemnity (PEG) | Airbus |
| 88 | 30(B)6 -Documents that are the subject of the Requests for Production issued to Pegasus (PEG) | Airbus |
| 89 | 30(B)6 -The allegations in Plaintiffs complaints against Pegasus (PEG) | Airbus |

| No. | Topic | Requesting Party |
|---|---|---|
| 90 | 30(B)6 -The allegations and affirmative defenses in Pegasus's answer (PEG) | Airbus |
| 91 | 30(b)6 on engine and thrust reverser design (IAE) | |