# EXHIBIT 57

# LIABILITY DEPOSITIONS TAKEN
# AS OF JULY 27, 2009

| DEPONENT | TOPIC | PARTY NOTICING | DATE | LOCATION |
|---|---|---|---|---|
| Venditti, Adriano | 30(b)6 History of MSN 789 | Goodrich; AIB and IAE | Jan. 15-16, 2009 | Buenos Aires, Argentina |
| Meneses, Geraldo | 30(b)6 Accident Investigation Parts 1-3 | Goodrich; AIB and IAE | Jan. 16, 2009; May 6, 2009; May 9, 2009 | Buenos Aires, Argentina |
| Malinge, Yannick | 30(b)6 Accident Investigation | Plaintiffs; TAM | April 1-2, 2009 | Paris, France |
| Corazza, Luis Alberto | 30(b)6 Flight Plans | Goodrich; AIB | May 6-7, 2009 | Buenos Aires, Argentina |
| Malinge, Yannick | 30(b)6 Prior Incidents | Plaintiffs; TAM | May 21-22, 2009 | Paris, France |
| Bartron, Michael | 30(b)6 IAE Accident Investigation | Plaintiffs; TAM | May 14, 2009 | Hartford, CT |
| Saunders, Ian | 30(b)6 Goodrich Accident Investigation | Plaintiffs; TAM | May 28, 2009 | San Diego, CA |
| Maluf, Jose | Individually and 30(b)6 (Insurance Policies) History of MSN 789 | Goodrich; AIB | June 9, 2009 | Buenos Aires, Argentina |
| Frischmann, Alex | 30(b)6 How and Why | Goodrich, AIB | June 10, 2009 | Buenos Aires, Argentina |
| Frischmann, Alex | Individual (Not Completed) | AIB | June 11, 2009 | Buenos Aires, Argentina |
| Frischmann, Alex | 30(b)6 Training (In Air Training Only) | Goodrich; AIB | June 12, 2009 | Buenos Aires, Argentina |
| Martin-Nagle, Renee | 30(b)6 Relationship between ANACS and SAS | Plaintiffs; TAM | June 2, 2009 | Washington, DC |
| Vincent, Paul | 30(b)6 on Accident Investigation | Plaintiffs; TAM | June 16, 2009 | Berlin, Germany |
| Hersen, Jean | Individually | Plaintiffs; TAM | June 17, 2009 | Berlin, Germany |
| Rockliff, Larry | Individually | Plaintiffs; TAM | June 18, 2009 | Berlin, Germany |