# EXHIBIT 61



acordo com as normas
operacionais e de
controle de qualidade
estabelecidas pela Shell
Internacional e
regulamento técnico
DNC 01/94

As entregas de
combustível de aviação
às aeronaves estão
sujeitas aos termos e
condições estipulados
pela Shell para efeitos
de responsabilidade
civil, que o cliente
declara conhecer e
aceitar. Os termos e
condições estão
disponíveis em nossas
instalações.

Forma de Pagamento: CONTRATO

Cliente: TAM NACIONAL
IBM: 0324728
Cliente Nacional: Y
Voo Internacional: N

Hora da Chegada:          16:42
Inicio  Abastecimento: 16:51
Termino Abastecimento: 17:01

Operador: 3531

              MEDIDOR
Inicio:      79861413
Termino:     79866273
Diferenca:   00004861

Produto
JET-A1

Volume
00004861 LT

TAM-234920



Aeroporto Salgado Filho
Pça. Comandante Carlos Ruhl, S/Nº
Porto Alegre - Rio Grande do Sul
Insc. CNPJ 33.453.598/0072-17
Insc. Estadual 096/0151575

| Número | Data | Veículo |
|---|---|---|
| 1980506 | 17/07/2007 | 1304 |

| Prefixo | Px. Esc. | Equip. | Vôo |
|---|---|---|---|
| PR TMK | CGH | 320 | JJ3054 |

Forma de Pagamento: CONTRACT

Cliente: TAM NACIONAL

TAM-234922