UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21941-CIV-COOKE/McAliley

**ROBERTO TAZOE,**
as Personal Representative of the Estate
of RICARDO TAZOE, Deceased,

    *Plaintiff*,

v.

**TAM LINHAS AEREAS,** *et al.*,

    *Defendants*.
_____/

**OMNIBUS ORDER DENYING WITHOUT PREJUDICE
DEFENDANT/CROSS-DEFENDANT TAM LINHAS AÉREAS, S.A.'S MOTION FOR
JUDGMENT ON THE PLEADINGS AS TO ALL CROSS-CLAIMS OF
DEFENDANTS AIRBUS NORTH AMERICA CUSTOMER SERVICES, INC.,
GOODRICH CORP. AND IAE INTERNATIONAL AERO ENGINES A.G.**

**THIS MATTER** is before the Court upon Defendant/Cross-Defendant Tam Linhas's Motion for Judgment on the Pleadings as to All Cross-Claims of Defendants Airbus North America Customer Service ("ANACS"), Goodrich, and IAE [DE 116]. ANACS, Goodrich and IAE filed a Motion for Extension of Time to Respond to the Motion for Judgment on the Pleadings [DE 152], moving the Court to extend the time to respond until after a ruling on the currently pending *forum non conveniens* motion. Tam Linhas opposes any extension [DE 167].

Given that the FNC motion has now been fully briefed and is set for oral argument on August 5, 2009, and that it appears not all Plaintiffs have settled with Tam Linhas (or at least not all settlements have been approved in Brazil), the Court finds no reason rule at this time on the Motions for Judgment on the Pleadings pending in this Case and in nearly all of the associated cases.

Without addressing the merits of the Motion for Judgment on the Pleadings, the Motion

[DE 116] is **DENIED** *without prejudice*. If appropriate after the Court rules on the FNC motion, Tam Linhas may freely refile the Motion in this Case, and the respective motions in all associated cases. If such motions are refiled, ANACS, Goodrich and IAE shall respond within ten (10) days of receipt. Accordingly, the Motion for Extension of Time [DE 152] is **DENIED** *as moot*. The Clerk shall enter this Order in all associated cases and shall terminate the Motions for Judgment on the Pleadings as well as the related Motions for Extension in those cases.

**DONE** and **ORDERED** in chambers, Miami, Florida, this 28th day of July 2009.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge


Copies furnished to:
*The Hon. Chris M. McAliley*
*Counsel of Record*